UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIDGET AGAPITO, o/b/o/ H.A., a minor, et al., | : : : : |
| Plaintiffs, | : : |
| v. | :   Civ. Action No. 05-1935 (RMC) |
| DISTRICT OF COLUMBIA, et al., | : : : |
| Defendants. | : : |

## NOTICE OF APPEARANCE

The Clerk of the Court will please note to the entry of the appearance of Carol E. Burroughs as counsel for defendants in this matter.

                Respectfully submitted,

                ROBERT J. SPAGNOLETTI
                Attorney General for the District
                 of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                _____/s/_____
                EDWARD P. TAPTICH [012914]
                Chief, Equity Section 2

                _____/s/_____
                CAROL E. BURROUGHS [415432]
                Assistant Attorney General
                441 4th St., N.W., Sixth Floor South
                Washington, D.C. 20001
                (202) 724-6651
                Fax (202) 727-0431

November 2, 2005          carol.burroughs@dc.gov

Case 1:05-cv-01935-RMC    Document 2    Filed 11/02/2005    Page 2 of 2