UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIDGET AGAPITO, o/b/o/**<br>**H.A., a minor, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>: Civ. Action No. 05-1935 (RMC)<br>:<br>:<br>:<br>: |

**DEFENDANTS' CONSENT MOTION TO ENLARGE TIME**
**TO FILE RESPONSIVE PLEADING**

The Defendants, by counsel and pursuant to Fed. R. Civ. P. 6(b)(1), hereby move this Court for an enlargement of time--to December 5, 2005--to file a response to the complaint. As grounds therefor Defendants represent as follows:

While Plaintiff filed this suit on or about September 30, 2005, the Complaint was not served on Defendants until October 22, 2005. As such, Defendants have until November 14, 2005, to file a responsive pleading. However, counsel for the Defendants has only received some of the information necessary to respond to the complaint. Accordingly, Defendants respectfully request that this Court enlarge the time to file a response to the complaint by 20 days, to and including December 5, 2005. Counsel for the Plaintiffs has consented to a grant of this motion.

                                                          Respectfully submitted,

                                                          ROBERT J. SPAGNOLETTI
                                                          Attorney General for the District
                                                           of Columbia

                                    GEORGE C. VALENTINE  
                                    Deputy Attorney General  
                                    Civil Litigation Division  

                                    _____/s/_____  
                                    EDWARD P. TAPTICH [012914]  
                                    Chief, Equity Section II  

                                    _____/s/ _____  
                                    CAROL E. BURROUGHS [415432]  
                                    Assistant Attorney General  
                                    441 4th St., N.W., Sixth Floor South  
                                    Washington, D.C. 20001  
                                    (202) 724-6651  
                                    Fax (202) 727-0431  
November 10, 2005                  carol.burroughs@dc.gov