UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIDGET AGAPITO, o/b/o/** <br> **H.A., a minor, et al.,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **DISTRICT OF COLUMBIA, et al.,** <br><br> **Defendants.** | Civ. Action No. 05-1935 (RMC) |

**O R D E R**

Upon consideration of Defendants' Consent Motion to Enlarge Time to File Responsive Pleading, and it appearing just and proper, it is,

**ORDERED** that Defendants' Consent Motion to Enlarge Time to File Responsive Pleading is **GRANTED;** and it is

**FURTHER ORDERED** that the District of Columbia and Clifford B. Janey may file a response to the complaint on or before December 5, 2005.

_____
United States District Judge