# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---

BRIDGET AGAPITO[1],
Parent and next friend of H.A., et al.

    Plaintiffs,

       v.

DISTRICT OF COLUMBIA, et al.,[2]

    Defendants.

    :
    :
    :
    :
    :
    :
    :  Civ. Action No. 05-1935 (RMC)
    :
    :
    :
    :
    :

---

## DEFENDANTS' ANSWER TO THE COMPLAINT

    The Defendants, by counsel, here answer Plaintiff's Complaint as follows (paragraph numbers below correspond to the paragraph numbers in the Complaint):

    1.  The allegations contained in paragraph 1 are characterizations of the complaint by the pleader to which no response is required; the complaint speaks for itself.  If a response is required, then the same allegations are denied.

    2.a.  Defendants admit the existence of the cited statutes in paragraph 2a. but deny that this court has jurisdiction thereunder.

    2.b.  Defendants admit the existence of the cited statutes in paragraph 2.b.but deny that this court has jurisdiction under the Rehabilitation Act ("Section 504") and the Mills decree.

---

[1]  The minors will be referred to by initials, pursuant to LCvR 5.4(f)(2).  Further, as minors, they cannot bring suit.  Thus, the parents or guardians are the only properly named plaintiffs.

[2]  The District of Columbia is the only properly named defendant.  District of Columbia Public Schools Superintendent Clifford Janey has been sued in his official capacity only; thus Plaintiff in effect has sued the District of Columbia.

2.c.  Defendants admit that declaratory relief is authorized via 28 U.S.C. §2201 and 2202.

3.     Defendants admit that venue is proper pursuant to 28 U.S.C. § 1391.

4.     The allegations in paragraph 4 are characterizations of the pleader to which no response is required.  If a response is required, Defendants admit that plaintiffs are parents or guardians of disabled children as defined by the IDEA and deny the remaining allegations in paragraph 4.

4.a.    Defendants admit that H.A. was a student attending a District of Columbia Public School Special Education Program.    Defendants admit that on April 25, 2005, the parties appeared before an administrative hearing officer and settled on the record. Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $12,536.58.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.a. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 1.

4.b.    Defendants admit that D.B. was a student attending a District of Columbia Public School Special Education Program.  Defendants admit that on or about April 26, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants' admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $7,257.57.  Defendants deny that plaintiff's invoice was

in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and
Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the
attorneys fees request submitted by plaintiff was denied due to the unauthorized practice
of law committed by the attorney involved.  The remaining allegations in paragraph 4.b.
are denied except for the existence of the Hearing Officer's Decision and invoices
attached as Exhibit 2.

     4.c.    Defendants admit that R.B. was a student attending a District of Columbia
Public School Special Education Program.  Defendants admit that on or about June 6,
2005, the parties appeared before an administrative hearing officer and settled on the
record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees
and costs in the amount of $9,059.79.  Defendants deny that plaintiff's invoice was in
accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and
Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the
attorneys fees request submitted by plaintiff was denied due to the unauthorized practice
of law committed by the attorney involved.  The remaining allegations in paragraph 4.c.
are denied except for the existence of the Hearing Officer's Decision and invoices
attached as Exhibit 3.

     4.d.    Defendants admit that J.B. was a student attending a District of Columbia
Public School Special Education Program.  Defendants admit that on or about March 16,
2005, the parties appeared before an administrative hearing officer and settled on the
record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees
and costs in the amount of $8,330.61.  Defendants deny that plaintiff's invoice was in
accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and

Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.d. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 4.

4.e.    Defendants admit that K.B. was a student attending a District of Columbia Public School Special Education Program.   Defendants admit that on or about March 8, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $11,796.09.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.d. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 5.

4.f.    Defendants admit that B.B. was a student attending a District of Columbia Public School Special Education Program.   Defendants admit that on or about March 31, 2005, an administrative hearing officer issued the decision attached to the complaint as Exhibit 6.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $12,632.21.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the

attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved. The remaining allegations in paragraph 4.f. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 6.

4.g.    Defendants admit that S.B. was a student attending a District of Columbia Public School Special Education Program. Defendants admit that on or about April 14, 2005, the parties appeared before an administrative hearing officer and settled on the record. Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $9,708.06. Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law. Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved. The remaining allegations in paragraph 4.g. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 7.

4.h.    Defendants admit that D.B. was a student attending a District of Columbia Public School Special Education Program. Defendants admit that on or about April 11, 2005, the parties appeared before an administrative hearing officer and settled on the record. Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $29,792.41. Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law. Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice

of law committed by the attorney involved.  The remaining allegations in paragraph 4.h. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 8.

4.i.    Defendants admit that J.C. was a student attending a District of Columbia Public School Special Education Program.  Defendants admit that on or about June 7, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $5,695.53.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.i. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 9.

4.j.    Defendants admit that J.C. was a student attending a District of Columbia Public School Special Education Program.  Defendants admit that on or about April 4, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $5,362.94.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.j.

are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 10.

4.k.    Defendants admit that R.C. was a student attending a District of Columbia Public School Special Education Program.    Defendants admit that on or about May  17, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $5,939.04.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.k. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 11.

4.l.    Defendants admit that S.D. was a student attending a District of Columbia Public School Special Education Program.    Defendants admit that on or about April 21, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $5,547.88.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.l.

are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 12.

4.m.    Defendants admit that B.D. was a student attending a District of Columbia Public School Special Education Program.  Defendants admit that on or about April 15, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $6,893.18.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.m. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 13.

4.n.    Defendants admit that O.E. was a student attending a District of Columbia Public School Special Education Program.  Defendants admit that on or about April 29, 2005, an administrative hearing officer issued a decision finding in partial favor of the plaintiff.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $13,830.81.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.n.

are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 14.

4.o.     Defendants admit that N.F. was a student attending a District of Columbia Public School Special Education Program.   Defendants admit that on or about May 19, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $5,187.45.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.o. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 15.

4.p.     Defendants admit that N.F. was a student attending a District of Columbia Public School Special Education Program.   Defendants admit that on or about May 19, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $4,631.17.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.p.

are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 16.

4.q.    Defendants admit that A.F. was a student attending a District of Columbia Public School Special Education Program.  Defendants admit that on or about April 4, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $6,250.77.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.q. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 17.

4.r.  Defendants admit that N.F. was a student attending a District of Columbia Public School Special Education Program.  Defendants admit that on or about April 11, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $5,713.82.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.r.

are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 18.

      4.s     Defendants admit that T.F. was a student attending a District of Columbia Public School Special Education Program.  Defendants admit that on or about April 11, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $4,518.19.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.s. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 19.

      4.t.     Defendants admit that R.G. was a student attending a District of Columbia Public School Special Education Program.  Defendants admit that on or about April 5, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $13,154.81.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.t.

are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 20.

      4.u.    Defendants admit that D.G. was a student attending a District of Columbia Public School Special Education Program.   Defendants admit that on or about March 25, 2005, an administrative hearing officer issued the decision attached to the complaint as Exhibit 21.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $7,156.58.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.u. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 21.

      4.v.    Defendants admit that L.H. was a student attending a District of Columbia Public School Special Education Program.   Defendants admit that on or about April 13, 2005, the parties agreed to take certain steps and continue the hearing to another date as outlined in the administrative hearing officer's decision attached to the complaint as Exhibit 22.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $6,308.47.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.v.

are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 22.

4.w.    Defendants admit that L..H. was a student attending a District of Columbia Public School Special Education Program.  Defendants admit that on or about July 18, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $6,749.37.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.w. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 23.

4.x. Defendants admit that A.H. was a student attending a District of Columbia Public School Special Education Program.  Defendants admit that on or about April 4, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $7,341.85.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.x.

are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 24.

4.y.     Defendants admit that J.H. was a student attending a District of Columbia Public School Special Education Program.   Defendants admit that on or about May 18, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $11,680.54.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.v. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 25.

4.z.     Defendants admit that J..J. was a student attending a District of Columbia Public School Special Education Program.   Defendants admit that on or about March 18, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $4,389.83.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.z.

are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 26.

4.aa.    Defendants admit that T.J. was a student attending a District of Columbia Public School Special Education Program.   Defendants admit that on or about May 3, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $5,897.76.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.aa. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 27.

4.bb.    Defendants admit that A.L. was a student attending a District of Columbia Public School Special Education Program.   Defendants admit that on or about May 10, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $7,505.86.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.bb.

are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 28.

4.cc.    Defendants admit that D.M. was a student attending a District of Columbia Public School Special Education Program.  Defendants admit that on or about March 18, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $11,779.63.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.cc. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 29.

4.dd.    Defendants admit that S.M. was a student attending a District of Columbia Public School Special Education Program.  Defendants admit that on or about April 85, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $5,817.81.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.dd.

are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 30.

4.ee.    Defendants admit that M.M. was a student attending a District of Columbia Public School Special Education Program.  Defendants admit that on or about April 18, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $7,913.15.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.ee. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 31.

4.ff.    Defendants admit that R.O. was a student attending a District of Columbia Public School Special Education Program.  Defendants admit that on or about May 16, 2005, an administrative hearing officer issued the decision attached to the complaint as Exhibit 32.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $5,137.63.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.ff.

are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 32.

4.gg.    Defendants admit that M.P. was a student attending a District of Columbia Public School Special Education Program.   Defendants admit that on or about April 29, 2005, an administrative hearing officer issued the decision attached to the complaint as Exhibit 33.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $15,794.79.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.gg. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 33.

4.hh.    Defendants admit that R.P. was a student attending a District of Columbia Public School Special Education Program.   Defendants admit that on or about March 18, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $5,116.09.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.hh.

are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 34.

4.ii.     Defendants admit that A.P. was a student attending a District of Columbia Public School Special Education Program.   Defendants admit that on or about April 18, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $6,159.39.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.ii. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 35.

4jj.     Defendants admit that C.R. was a student attending a District of Columbia Public School Special Education Program.   Defendants admit that on or about May 12, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $7,605.84.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.jj.

are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 36.

4kk.    Defendants admit that G.R. was a student attending a District of Columbia Public School Special Education Program.   Defendants admit that on or about March 21, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $9,650.24.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.kk. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 37.

4.ll.    Defendants admit that J.S. was a student attending a District of Columbia Public School Special Education Program.   Defendants admit that on or about April 6, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $8,378.07.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.ll.

are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 38.

4.mm.  Defendants admit that T.S. was a student attending a District of Columbia Public School Special Education Program.  Defendants admit that on or about April 1, 2005, an administrative hearing officer issued the decision attached to the complaint as Exhibit 39.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $16,078.73.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.mm. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 39.

4.nn.    Defendants admit that W.S. was a student attending a District of Columbia Public School Special Education Program.  Defendants admit that on or about April 29, 2005, an administrative hearing officer issued the decision attached to the complaint as Exhibit 40.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $10,256.96.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.nn.

are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 40.

4.oo.    Defendants admit that E.S. was a student attending a District of Columbia Public School Special Education Program.  Defendants admit that on or about May 5, 2005, an administrative hearing officer issued the decision attached to the complaint as Exhibit 41.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $16,780.52.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.oo. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 41.

4.pp.    Defendants admit that T.T. was a student attending a District of Columbia Public School Special Education Program.  Defendants admit that on or about May 17, 2005, an administrative hearing officer issued the decision attached to the complaint as Exhibit 42.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $17,140.92.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.pp.

are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 42.

4.qq.    Defendants admit that A.T. was a student attending a District of Columbia Public School Special Education Program.  Defendants admit that on or about May 16, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $4,391.72.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.qq. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 43.

4.rr.      Defendants admit that G.V. was a student attending a District of Columbia Public School Special Education Program.  Defendants admit that on or about March 14, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $5,406.65.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.rr.

are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 44.

4.ss.    Defendants admit that D.W. was a student attending a District of Columbia Public School Special Education Program.  Defendants admit that on or about April 13, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $6,415.58.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.ss. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 45.

4.tt.    Defendants admit that L.W. was a student attending a District of Columbia Public School Special Education Program.  Defendants admit that on or about March 22, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $5,138.99  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.tt.

are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 46.

     4.uu.    Defendants admit that K.W. was a student attending a District of Columbia Public School Special Education Program.  Defendants admit that on or about March 25, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $5,754.11.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.uu. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 47.

     4.vv.    Defendants admit that A.W. was a student attending a District of Columbia Public School Special Education Program.  Defendants admit that on or about June 6, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $4,167.64.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.vv.

are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 48.

4.ww.   Defendants admit that D.W. was a student attending a District of Columbia Public School Special Education Program.   Defendants admit that on or about April 15, 2005, the parties appeared before an administrative hearing officer and settled on the record.   Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $19,048.60.   Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.   Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.   The remaining allegations in paragraph 4.ww. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 49.

4.xx.    Defendants admit that L.W. was a student attending a District of Columbia Public School Special Education Program.   Defendants admit that on or about March 23, 2005, the parties appeared before an administrative hearing officer and settled on the record.   Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $4,672.59.   Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.   Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.   The remaining allegations in paragraph 4.xx.

are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 50.

4.yy.    Defendants admit that S.W. was a student attending a District of Columbia Public School Special Education Program.   Defendants admit that on or about June 9, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $4,446.07.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.yy. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 51.

4.zz.    Defendants admit that J.W. was a student attending a District of Columbia Public School Special Education Program.   Defendants admit that on or about April 18, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $7,094.82.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.zz.

are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 52.

4.aaa.   Defendants admit that K.Y. was a student attending a District of Columbia Public School Special Education Program.   Defendants admit that on or about April 11, 2005, the parties appeared before an administrative hearing officer and settled on the record.  Defendants admit that plaintiff's attorney submitted an invoice for attorney's fees and costs in the amount of $4,684.96.  Defendants deny that plaintiff's invoice was in accordance with the requirements of Board of Education Rule 5 DCMR 3032.4 and Federal Law.  Defendants admit that on August 4, 2005, DCPS notified plaintiff that the attorneys fees request submitted by plaintiff was denied due to the unauthorized practice of law committed by the attorney involved.  The remaining allegations in paragraph 4.aaa. are denied except for the existence of the Hearing Officer's Decision and invoices attached as Exhibit 53.

5.      Defendants admit that the District of Columbia is a municipal corporation and that it is required to comply with the IDEA but deny that Section 504 and *Mills v. District of Columbia Bd. of Educ.* , 348 F. Supp. 866 (D.D.C. 1972) are applicable to this case.

6.      Defendants admit that Clifford Janey is the Superintendent of the District of Columbia Public School System and the Chief State Officer.   The remaining allegations are legal conclusions of the pleader to which no response is required.  If a response is denied.

7.    Defendants admit that between April 29, 2005 and June 29, 2005, plaintiffs submitted claims for attorney's fees and costs to Defendants.  Defendants deny that the requests were reasonable.

8.    Defendants admit that they have denied payment of the fee applications at issue in this case but deny that any statutory or regulatory timeframes applies to these petitions.

9.    Defendants admit that they refused to make reimbursement of the fee applications but deny that they are reasonable.

10.    Defendants deny the allegations in paragraph 10.

11.    Defendants admit the allegations in paragraph 11.

12.    Defendants deny the allegations contained in paragraph 12.

13.    Defendants admit the allegations contained in paragraph 13.

14.    Defendants have insufficient information to admit or deny the allegations contained in paragraph 14.

15.    Defendants have insufficient information to admit or deny the allegations contained in paragraph 15.

16.    The allegations contained in paragraph 16 are conclusion of the pleader to which no response is required.  If a response is required, the allegations are denied.

17.    Defendants have insufficient information to admit or deny the allegations contained in paragraph 17.

18.    The allegations contained in paragraph 18 are conclusions of the pleader to which no response is required.  If a response is required, the allegations are denied.

19.     Defendants admit the existence of the statute cited in paragraph 19; the statute speaks for itself.

20.     Defendants admit the existence of the cases cited in paragraph 20; the cases speak for themselves.

21.     Defendants deny the allegations contained in paragraph 21.

22.     The allegations in paragraph 22 are conclusions of the pleader to which no response is required.  If a response is required, the allegations are denied.

23.     The allegations in paragraph 23 are conclusions of the pleader to which no response is required.  If a response is required, the allegations are denied.

24.     The allegations in paragraph 24 are conclusions of the pleader to which no response is required.  If a response is required, the allegations are denied.

25.     The allegations in paragraph 25 are conclusions of the pleader to which no response is required.  If a response is required, the allegations are denied.

By way of further answer, Defendant denies each and every allegation set forth in the Complaint not specifically admitted herein.

<u>FIRST AFFIRMATIVE DEFENSE</u>

The Complaint fails to state a claim upon which relief can be granted.

WHEREFORE, Defendants demand that the Complaint be dismissed and that Defendant be awarded the expense of litigation, costs, and interest, and such other relief as the Court deems just and proper.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District
 of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


_____/s/_____
EDWARD P. TAPTICH [012914]
Chief, Equity Section II


_____/s/ _____
CAROL E. BURROUGHS [415432]
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651
Fax (202) 727-0431
carol.burroughs@dc.gov

December 5, 2005