UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIDGET AGAPITO, et al.,** : | |
| **Parents and next friends of H.A. et al.,** : | |
| **minors** : | |
| : | |
| **Plaintiffs** : | |
| : | Civil Action No. 05-1935 (RMC) |
| **v.** : | |
| : | |
| **DISTRICT OF COLUMBIA, et al.,** : | |
| : | |
| **Defendants** : | |
| : | |
| _____ : | |

## JOINT RULE 16.3 REPORT

COMES NOW the parties, Plaintiff Bridget Agapito et al., parents and next friends of H.A. et al., minors, and Defendant District of Columbia, by their respective counsel and pursuant to this Court's Order dated January 26, 2006 and Local Rule 16, file the Joint 16.3 Report.

The counsel for the parties conferred by telephone on March 3, 2006 and consistent with the said telephone conference, the parties respectfully submit the following:

**I.     Statement of the case**

Plaintiffs are appealing a the failure of the District of Columbia Public School to pay invoices that were timely and duly submitted for payment consistent with the procedures established by the Defendant. Plaintiffs were the prevailing parties at the administrative level and were entitled to be reimbursed for attorneys fees under the Individuals with Disabilities

1

Education Act, 20 U.S.C.§ 1400, *et seq.*

The Defendants dispute that the invoices that were submitted for reimbursement of attorneys' fees conformed to the requirements of Board of Education Rule 5 DCMR 3032.4 and the applicable federal law. In addition, Defendant asserts that Plaintiffs are not entitled to attorneys' fees incurred in the unauthorized practice of law by the attorney involved and that the fees are not reasonable.

**II.     Matters discussed by the Parties Pursuant to Local Rule 16.3(c)**

1.  Based on the information available, the parties believe that this case can be decided by dispositive motion.

2.  The parties do not anticipate the need for joining parties or amending the pleadings. At this time, the parties do not believe that the factual and legal issues can be agreed upon or narrowed.

3.  The parties do not believe that this matter should be assigned to a magistrate judge.

4.  The parties will discuss settlement, but do not believe that a settlement is possible at this time.

5.  Plaintiffs are amenable to ADR but the Defendant does not believe that ADR will be beneficial in this case.

6.  This case can be decided by dispositive motion and the parties propose the following schedule:

    a.  Plaintiffs will file their Motion for Summary Judgment no later than 45 days after the scheduling conference or by May 8, 2006.

    c.    Defendants will file their Cross Motion for Summary Judgment and their Opposition no later than 45 days after the filing of Plaintiffs' Motion for Summary Judgment or by June 22, 2006.

    d.    Plaintiffs will file their Opposition and Reply no later than 30 days of the filing of the Defendant's Cross Motion for Summary Judgment and Opposition or by July 24, 2006.

    e.    Defendants will file their Reply no later than 30 days from the filing of Plaintiffs' Opposition and Reply or by August 23, 2006.

7. The parties agree to stipulate to dispense with the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

8. The parties do not believe that discovery will be necessary.

9. The parties do not believe that there will be a need for expert witnesses.

10. The instant case is not a class action.

11. There is no need to bifurcate discovery or trial.

12. There is no need for a pretrial conference at this time.

13. At this point, there is no need to set a trial date.

14. The parties are not aware of any other matters that require inclusion in a scheduling order.

Dated this 10th day of March 2006.

| | |
|---|---|
| /s/_____ | /s/_____ |
| Tilman L. Gerald 928791 | Carol Burroughs 415432 |
| James E. Brown & Associates, PLLC | Office of the Attorney General for the |
| 1220 L Street, N. W., Suite 700 | District of Columbia |
| Washington, D.C. 20005 | 441 4th Street, N. W., 6th Floor South |
| 202.742.2000 | Washington, D.C. 20001 |
| Attorneys for Plaintiffs | 202.724-6520 |
| | Attorneys for Defendants |