**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HASHIMA AGAPITO**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) **Civil Action No. 05-1935 (RMC)** |
| | ) |
| **DISTRICT OF COLUMBIA**, | ) |
| | ) |
| Defendant. | ) |

## <u>SCHEDULING ORDER</u>

Upon consideration of the joint report of the parties submitted pursuant to LCvR 16.3(d),

and after a scheduling conference held in open Court on March 24, 2006, it is hereby

**ORDERED** that:

1.      Each party is limited to a maximum of five (5) depositions.

2.      Each party is limited to a maximum of twenty-five (25) interrogatories, including discrete

subparts.  Responses to all interrogatories shall be made thirty (30) days after service.

3.      Each party is limited to a maximum of twenty-five (25) requests for admissions,

including discrete subparts.  Responses to all requests for admissions shall be made thirty

(30) days after service.

4.      Plaintiffs' Motion for Summary Judgment shall be filed no later than May 8, 2006;

Defendant's Motion for Summary Judgment shall be filed no later than June 22, 2006;

Plaintiffs' Reply and Opposition to Defendant's Motion shall be filed no later than July

24, 2006; and Defendant's Reply shall be filed no later than August 23, 2006.  A motion

for extension of time to file a motion, opposition, or reply will be denied except upon a

showing of good cause.  The page limitations for briefs referenced in LCvR 7(e) are to be strictly followed by the parties.

5.    Discovery material shall not be filed with the Court unless so ordered.  *See* LCvR 5.2(a).

6.    Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery.  Counsel are referred to LCvR 26.2 and are expected to conform fully with its directives.  Moreover, counsel are required, under both Fed. R. Civ. P. 26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve any discovery dispute before bringing it to the Court's attention.  In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with the Court.  Counsel shall not file discovery motions without a prior telephone conference with the Court and opposing counsel.

7.    Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and available by request of the Court at any time, as is a settlement conference before a Magistrate Judge.  If the case settles, in whole or in part, Plaintiff's counsel shall advise this Court by promptly filing a stipulation.

8.    This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court.  *See* Fed. R. Civ. P. 16(b); LCvR 16.4(b).

**SO ORDERED.**

Date: March 24, 2006                                    /s/
                                            ROSEMARY M. COLLYER
                                            United States District Judge

2