# EXHIBIT 2



**MURRELL & BROWN**
ATTORNEYS AT LAW
1220 L STREET NW, SUITE 700 • WASHINGTON, D.C. 20005
TELEPHONE (202) 742-2000 • FAX (202) 742-2098

December 13, 2002

Ms Judith Smith, Esq.
Office of Mediation and Compliance, 6th Floor
Division of Special Education
District of Columbia Public Schools
825 North Capitol Street, NE
Washington, D. C. 20002

Re: Attorneys' Fee Hourly Rates

Dear Ms Smith:

    I have enclosed a copy of each of the attorneys in my office "Attorney Information Form" for you review and ask that you readjust the hourly rate for each of them.
    If you have any questions regarding this information and request, please call me at (202) 742-2000 or cellular at (202) 316-2801.
    Thanking you in advance;

                      I am sincerely yours;

                      James E. Brown

Attachments: Attorney Information Forms

EXHIBIT 2

**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

Office Of Academic Services
Division of Special Education
Office of Mediation and Compliance

825 North Capitol Street, N.E. 6th Floor
Washington, D.C. 20002-4232
202-442-4800, fax: 202-442-5524

## ATTORNEY INFORMATION

**Attorney Name**  Domiento C.R. Hill

**Law Firm**  Murrell & Brown
(Please submit a separate form for each attorney in your firm)

**Billing Address**  1220 L Street, NW

Suite 700

Washington, DC   20005

**Phone Number**  202-742-2000

**Fax Number**  202-742-2098

**Attorney Federal Tax ID #**  52-1500760

**Bar #**  N/A in MD. DC Federal bar-14973 MD Fedral bar 14973

**State of Admission***  MD State BAR MD/DC federal  **Year of Admission***  2000

**Years of Legal Practice in Special Education Law***  2 years

*This information will be used in determining the appropriate hourly rate for non-capped attorney fee time. You may attach a resume or letter in lieu of this form, if it includes the above information, which is necessary for billing/payment purposes. Even if you have provided this information in the past, please submit this form immediately to Shauntell Harley at the above address/fax. We appreciate your cooperation in enabling us to have current and accurate records, which will assist in timelier bill payment.

**Received in OMC:**

*Children First*



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**
*Office Of Academic Services
Division of Special Education
Office of Mediation and Compliance*

825 North Capitol Street, N.E. 6th Floor
Washington, D.C. 20002-4232
202-442-4800, fax: 202-442-5524

## ATTORNEY INFORMATION

**Attorney Name**: Christopher West

**Law Firm**: Murrell & Brown
(Please submit a separate form for each attorney in your firm)

**Billing Address**: 1220 L Street, NW

Suite 700

Washington, DC  20005

**Phone Number**: 202-742-2000

**Fax Number**: 202-742-2098

**Attorney Federal Tax ID #**: 52-1500760

**Bar #**: N/A

**State of Admission***: New York      **Year of Admission***: 2000

**Years of Legal Practice in Special Education Law***: 2

*This information will be used in determining the appropriate hourly rate for non-capped attorney fee time. You may attach a resume or letter in lieu of this form, if it includes the above information, which is necessary for billing/payment purposes. Even if you have provided this information in the past, please submit this form immediately to Shauntell Harley at the above address/fax. We appreciate your cooperation in enabling us to have current and accurate records, which will assist in timelier bill payment.

**Received in OMC:**

*Children First*



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
*Office Of Academic Services*
*Division of Special Education*
*Office of Mediation and Compliance*
825 North Capitol Street, N.E. 6th Floor
Washington, D.C. 20002-4232
202-442-4800, fax: 202-442-5524

## ATTORNEY INFORMATION

**Attorney Name**   Miguel A. Hull

**Law Firm**   Murrell & Brown
(Please submit a separate form for each attorney in your firm)

**Billing Address**   1220 L Street, NW

Suite 700

Washington, DC   20005

**Phone Number**   202-742-2000

**Fax Number**   202-742-2098

**Attorney Federal Tax ID #**   52-1500760

**Bar #**   DC-456753

**State of Admission***   DC/MD          **Year of Admission*** 2000/1998

**Years of Legal Practice in Special Education Law***   1

*This information will be used in determining the appropriate hourly rate for non-capped attorney fee time. You may attach a resume or letter in lieu of this form, if it includes the above information, which is necessary for billing/payment purposes. Even if you have provided this information in the past, please submit this form immediately to Shauntell Harley at the above address/fax. We appreciate your cooperation in enabling us to have current and accurate records, which will assist in timelier bill payment.

**Received in OMC:**

*Children First*



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

*Office Of Academic Services
Division of Special Education
Office of Mediation and Compliance*

825 North Capitol Street, N.E. 6th Floor
Washington, D.C. 20002-4232
202-442-4800, fax: 202-442-5524

## ATTORNEY INFORMATION

**Attorney Name**       Roberta Gambale

**Law Firm**            Murrell & Brown
(Please submit a separate form for each attorney in your firm)

**Billing Address**     1220 L Street, NW

                        Suite 700

                        Washington, DC   20005

**Phone Number**        202-742-2000

**Fax Number**          202-742-2098

**Attorney Federal Tax ID #**   52-1500760

**Bar #**               DC- 475894   /   WA State 25762

**State of Admission***  DC/ WA    **Year of Admission*** 2001/1996

**Years of Legal Practice in Special Education Law***     1

*This information will be used in determining the appropriate hourly rate for non-capped attorney fee time. You may attach a resume or letter in lieu of this form, if it includes the above information, which is necessary for billing/payment purposes. Even if you have provided this information in the past, please submit this form immediately to Shauntell Harley at the above address/fax. We appreciate your cooperation in enabling us to have current and accurate records, which will assist in timelier bill payment.

**Received in OMC:**



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

*Office Of Academic Services*
*Division of Special Education*
*Office of Mediation and Compliance*

825 North Capitol Street, N.E. 6th Floor
Washington, D.C. 20002-4232
202-442-4800, fax: 202-442-5524

## ATTORNEY INFORMATION

**Attorney Name**        Brenda McAllister

**Law Firm**             Murrell & Brown
**(Please submit a separate form for each attorney in your firm)**

**Billing Address**      1220 L Street, NW

                         Suite 700

                         Washington, DC    20005

**Phone Number**         202-742-2000

**Fax Number**           202-742-2098

**Attorney Federal Tax ID #**   52-1500760

**Bar #**                15132 MD/DC

**State of Admission\***   MD/ DC Pending    **Year of Admission\*** 2 $^{1998}$

**Years of Legal Practice in Special Education Law\***    2

*This information will be used in determining the appropriate hourly rate for non-capped attorney fee time. You may attach a resume or letter in lieu of this form, if it includes the above information, which is necessary for billing/payment purposes. Even if you have provided this information in the past, please submit this form immediately to Shauntell Harley at the above address/fax. We appreciate your cooperation in enabling us to have current and accurate records, which will assist in timelier bill payment.

**Received in OMC:**

*Children First*