# EXHIBIT 5

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Tilman L. Gerald |
| Brenda McAllister*◊Δ | Suite 700 | Roxanne D. Neloms |
| Roberta Gambale | Washington, DC 20005 | John A. Straus |
| Miguel A. Hull | Telephone: (202) 742-2000 | Dolores S. McKnight |
| Christopher L. West◆◊ | Facsimile: (202) 742-2098 | Marshall Lammers° |

\* Admitted in Maryland Only
◆ Admitted in New York Only

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

April 21th, 2005

<u>Via Facsimile Only</u>

Sharon Newsome, Scheduling Coordinator
Office of Student Hearings
District of Columbia Public Schools
825 North Capitol Street, NE, Eighth Floor
Washington, DC 20002

Re:
DOB:
Attending School:   The Kennedy Institute – Preschool Program

Mr. Newsome:

I hope this letter finds you in good health.

I hope this letter finds you in good health.

The parent, by and through counsel, pursuant to the expressed written terms of the settlement agreement of April 21st, 2005, hereby withdraws, without prejudice, the current and outstanding administrative due process hearing request scheduled to occur on Thursday, April 21st, 2005, at 9:00 A.M.

---

◊ *"Practice is limited solely to matters before the D.C. Public Schools' Office of Student Hearings under D.C. Court of Appeals Rule 49(c) (5).*
° *Admitted only in Maryland and New Jersey; Supervision by James E. Brown, a member of the D.C. Bar, D.C. Court of Appeals.*



As always, both the parent and myself look very forward to working with you and DCPS to ensure the student to receive a Free and Appropriate Public Education. If I can be of any further assistance, please do not hesitate to contact me directly at 202-742-2000.

Respectfully,

Domiento C.R. Hill, Esq.

Cc: Donna Russell, Attorney Advisor, DCPS
    File

2

---

◊ "Practice is limited solely to matters before the D.C. Public Schools' Office of Student Hearings under D.C. Court of Appeals Rule 49(c) (5).
° Admitted only in Maryland and New Jersey; Supervision by James E. Brown, a member of the D.C. Bar, D.C. Court of Appeals.





**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

*Office of the Superintendent*
**Office of the General Counsel**
*825 North Capitol Street, N.E., 9th Floor*
202-442-5000  Fax # 202-442-5098
www.k12.dc.us

April 21, 2005

Domiento C.R. Hill, Esq.
1220 L. Street, NW
Suite 700
Washington, D.C. 20002

**PROPOSED SETTLEMENT**

**VIA FACSIMILE 202-742-2098**

Subject: Due Process Hearing for ▮▮▮▮▮▮▮▮
DOB: ▮▮▮▮▮▮▮
Attending School: Joseph Kennedy Institute, Preschool Program

Dear Mr. Hill:

    In lieu of the formal Due Process Hearing in the above-referenced matter, scheduled for Thursday, April 21, 2005 at 09:00 a.m., the parties to this action, District of Columbia Public Schools (hereinafter DCPS), and parent's representative agree to resolve this matter pursuant to the following terms and conditions:

    1. Parent/Counsel verifies that the student is a resident of the District of Columbia, has established residency, and has registered as attending or non-attending at their local school. If DCPS becomes aware subsequently to the executions of this settlement agreement that residency and/or registration has not been completed and/or established then any DCPS obligations under this agreement will not be completed until proof of registration and/or residency is provided to DCPS.

    2. The Parent/Counsel verifies that the student's date of birth is January 06, 2001, and that the attending school is Joseph Kennedy Institute and home school is Webb Elementary School.

    3. Parent/Counsel agrees to cooperate fully with DCPS in the implementation of the terms of this settlement agreement. Any delay caused by the unavailability of the student, parent, or advocate as it pertains to testing, meeting dates, or compliance with the terms of this agreement will toll any deadlines herein by one day for each day of delay.

---

*Children First*

DCPS Office of the General Counsel
Page 2

    4. DCPS agrees to convene an MDT/IEP meeting on or about April 25, 2005 to review the student's current evaluations, determine which additional evaluations are necessary, draft an IEP and/ schedule a meeting to reconvene for the IEP and discuss placement.

    5. All meetings/conferences/evaluations shall be scheduled through counsel for the parent, via facsimile, at 202-742-2098.

    6. Both parties agree that execution of this agreement will occur when the signature of both parties has been affixed below and counsel of DCPS has received transmittal of the signed agreement.

    7. If for some reason DCPS is unable to comply with this agreement as of result of unforeseen circumstances beyond its control, DCPS will request that Parent/Counsel agree to extend the deadlines or negotiate new timelines, whichever appropriate. Parent/Counsel will not unreasonably deny any such request for extension/renegotiation.

    8. Parent/Counsel agrees to contact DCPS Office of Mediation & Compliance personnel when there has been a failure to comply with the terms incorporated in this agreement in order to bring the case into compliance prior to filing a hearing request alleging DCPS' failure to comply.

    9. This agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, and including all claims that the parent now asserts or could have asserted as of the date of this agreement.

    10. Parent/Counsel agrees to accept reasonable attorney fees not to exceed Four Thousand ($4,000.00) Dollars, as full and final payment of the attorney fees and related costs incurred in this matter. Payment of the specified amount is contingent upon the submission of a certified, itemized invoice conforming to the DCPS attorney fee guidelines.

    11. Parent/Counsel agrees that the hearing request that is subject of this Agreement will be immediately withdrawn and the written evidence of such withdrawal is required before any invoices will be processed.

Sincerely,

*[signature]*
Donna Whitman Russell
Attorney Advisor

Agreed to: *[signature]*   April 21st, 2005
Domiento C.R. Hill, Esq.    Date
Counsel for Parent

```
*********************
***   TX REPORT'   ***
*********************
```

TRANSMISSION OK

TX/RX NO                4783
CONNECTION TEL                          92024425097
CONNECTION ID
ST. TIME                04/21 12:55
USAGE T                 00'43
PGS. SENT               6
RESULT                  OK

---

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Tilman L. Gerald |
| Brenda McAllister*◊Δ | Suite 700 | Roxanne D. Neloms |
| Roberta Gambale | Washington, DC 20005 | John A. Straus |
| Miguel A. Hull | Telephone: (202) 742-2000 | Dolores S. McKnight |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | Marshall Lammers° |

* Admitted in Maryland Only
♦ Admitted in New York Only

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

# FAX COVER SHEET

TO: Donna Russell, Attorney Advisor, DCPS

FROM: Domiento C.R. Hill, Esq.

DATE: April 21st, 2005

FAX NO: 202-442-5097/5098

SUBJECT: ▮▮, ▮▮▮▮▮▮▮

NUMBER OF PAGES INCLUDING COVER SHEET: 6

COMMENTS: Executed settlement agreement and notice of withdrawal. Thank-you for your assistance.

```
        *********************
    ***    TX REPORT    ***
        *********************

    TRANSMISSION OK

    TX/RX NO                    4780
    CONNECTION TEL                          92024425556
    CONNECTION ID
    ST. TIME                    04/21 12:44
    USAGE T                     00'36
    PGS. SENT                   5
    RESULT                      OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊∆ | 1220 L Street, NW | Tilman L. Gerald |
| Brenda McAllister*◊∆ | Suite 700 | Roxanne D. Neloms |
| Roberta Gambale | Washington, DC 20005 | John A. Straus |
| Miguel A. Hull | Telephone: (202) 742-2000 | Dolores S. McKnight |
| Christopher L. West◆◊ | Facsimile: (202) 742-2098 | Marshall Lammers° |

\* Admitted in Maryland Only      e-mail: Admin@Jeblaw.biz      ! Admitted in Bolivia Only
♦ Admitted in New York Only                                     ∆ Member of the DC Federal Bar

# FAX COVER SHEET

TO: Sharon Newsome, Scheduling Coordinator, Office of Student Hearings, DCPS

FROM: Domiento C.R. Hill, Esq.

DATE: April 21st, 2005

FAX NO: 202-442-5556

SUBJECT: [redacted]

NUMBER OF PAGES INCLUDING COVER SHEET: 5

COMMENTS: Executed settlement agreement and notice of withdrawal. Thank-you for your assistance.