# EXHIBIT 6



**District of Columbia Court of Appeals**
Committee on Unauthorized Practice of Law
500 Indiana Avenue, N.W.
Washington, D. C. 20001
202/879-2777

October 27, 2003

Michelle S. Tuwiner
3262 Superior Lane
#255
Bowie, MD 20715

Dear Ms. Tuwiner:

    I am writing to formally respond to your inquiry to the Committee on Unauthorized Practice of Law.

    First, as we discussed, your letterhead should be modified to reflect that you are admitted in Maryland only.

    Second, I understand that your practice in the District of Columbia is limited to practice before the District of Columbia Public School System pursuant to its rules and regulations. The Committee has determined such a practice falls under the exception to Rule 49 as set forth in Rule 49(c)(5). Therefore, you may practice before D.C. schools without being admitted in the District of Columbia.

    Finally, you inquired as to whether you may appear before D.C. courts as conduct ancillary to those proceedings. According to Rule 49(c)(3) you may appear as an attorney before federal courts in the District of Columbia provided you comply with the rules of that court regardless of whether the proceeding is ancillary to your practice before D.C. schools. Because there is no such exception for other D.C. courts, your practice in those courts is limited by the *pro hac vice* limitations set forth in the rule.



EXHIBIT 6

Michelle S. Tuwiner
October 27, 2003
Page 2

Please do not hesitate to contact me if you have any questions.

Sincerely,

Julie B. Rottenberg