# EXHIBIT 12

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Tilman L. Gerald |
| Brenda McAllister*◊Δ | Suite 700 | Roxanne D. Neloms |
| Roberta Gambale | Washington, DC 20005 | John A. Straus |
| Miguel A. Hull | Telephone: (202) 742-2000 | Dolores S. McKnight |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | Marshall Lammers° |
| | | |
| * Admitted in Maryland Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |
| ♦ Admitted in New York Only | | Δ Member of the DC Federal Bar |

May 10th, 2005

Via Courier Only
Ms Julie B. Rottenberg
District of Columbia Court of Appeals
Committee on Unauthorized Practice of Law
500 Indiana Avenue, N.W.
Washington, D.C. 20001

RECEIVED
MAY 1 0 2005
COMMITTEE ON ADMISSIONS
ON UNAUTHORIZED PRACTICE

Re: Inquiry regarding your April 28, 2005 Letter to DCPS

Dear Ms Rottenberg:

I write this letter to get clarification on conflicting positions in the Committee on Unauthorized Practice of Law. First, on May 14, 2003 and again on October 27, 2003 (letters attached) it appeared that under the conditions outlined in those letters it was permissible for attorneys barred in other jurisdictions to practice before the District of Columbia Public Schools. Secondly, the Committee, in its letter of April 28th, 2005, opined that:

> *We understand from the attached opinion provided to us by DCPS that DCPS does not authorize the appearance of non-D.C. bar attorneys before its tribunals and that DCPS does no undertake to regulate the practice of persons who appear in proceedings before it. Therefore, pursuant to Rule 49, attorneys who are not admitted to the D.C. Bar may not engage in the practice of law in administrative hearings before DCPS.*

I am unaware of any published opinion, regulation, rule or practice in which DCPS has established, through appropriate procedures that DCPS does not authorize the appearance of non-D.C. bar attorneys to practice before it. Most importantly, it is critical to note that there is no such agency as DCPS. The D.C. Board of Education is the agency which is vested with control of the public schools of the Distinct of Columbia. See 5 DCMR 100.6

Furthermore, the D.C. Public Schools have published guidelines regarding the appearance of persons before it but nowhere in those guidelines is there a reference to an attorney being a member of the D.C. Bar. In relevant part the Board of Education Rules read as follows:

---

◊ "Practice is limited solely to matters before the D.C. Public Schools' Office of Student Hearings under D.C. Court [cut off]

° "Admitted only in Maryland and New Jersey; Supervision by James E. Brown, a member of the D.C. Bar, D.C [cut off]

EXHIBIT 12

*All parties have the right to be accompanied, advised, and assisted by counsel and by persons with special knowledge or training related to the problems of disabled children.* **District of Columbia Public Schools' Due Process Hearings Standard Operating Procedures, Section 306.4.a (1), and**

*All parties have the right to be represented at all stages of the hearing process by an attorney or other representation of their choosing.* **District of Columbia Public Schools' Due Process Hearings Standard Operating Procedures, Section 306.5**

Indeed, DCPS themselves, through correspondence with this law office, has noted that they currently have no regulation or rule on file which prohibits this practice and is currently in the process of promulgating legislation to remedy the situation.

We certainly want to avoid the mere appearance of a violation of the law and therefore respectfully request an expedited opinion on this issue. We currently have pending this month alone more than 25 hearings scheduled by attorneys who are not a member of the D.C. Bar.

Sincerely yours;

James E. Brown

Attachments:

2

◊ *"Practice is limited solely to matters before the D.C. Public Schools' Office of Student Hearings under D.C. Court of Appeals Rule 49(c) (5)."*

° *"Admitted only in Maryland and New Jersey; Supervision by James E. Brown, a member of the D.C. Bar, D.C. Court of Appeals."*