# EXHIBIT 14

This message has been scanned for known viruses.

**From:** MaryFroning
**To:** Domiento Hill
**Subject:** Your question
**Date:** Wed, 3 Aug 2005 10:20:21 -0400
**Files:** CUPL_Ltr_to_DCPS.pdf (245K)

Dear Mr. Hill -

I will write you a hard copy of this, but here is the content of the Committee's response to your question.

With regard to your concern about your previous practice being held against you. It is not at all clear that (c)(5) applied when you were practicing before DCPS. However, because the school system belatedly clarified their position only recently, the Committee will hold harmless anyone who in good faith practiced under the murky rules that existed prior to April 28, 2005. That marks the date when the Committee's clarified its opinion in a letter to DCPS (based on a January 27, 2005, memorandum from DCPS). Both documents are attached.

In terms of future practice, your proposal to practice under the (c)(8) exception is generally fine. This is provided that (1) you promptly submit your application to the D.C. Bar; (2) you are supervised by a member of the D.C. Bar; and (3) your business documents make clear that you are not a member of the D.C. Bar and that you are supervised.

That still leaves open the question whether DCPS will allow you to represent clients in DCPS proceedings until you are admitted. That issue is between you and DCPS. The Committee has not the authority to require DCPS to allow lawyers to practice there while their D.C. Bar applications are pending.

I hope this answers all of your questions.

Sincerely,

Mary L. Froning
Member of the Committee on the Unauthorized Practice of Law
202-244-9194
MaryFroning@compuserve.com



EXHIBIT 14