## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIDGET AGAPITO, o/b/o/ H.A., a minor, et al.,** : : : **Plaintiffs,** : : **v.** : : **DISTRICT OF COLUMBIA, et al.,** : : **Defendants.** : : | Civ. Action No. 05-1935 (RMC) |

### DEFENDANTS' CONSENT MOTION TO ENLARGE TIME
### TO FILE OPPOSITION AND CROSS MOTION FOR SUMMARY JUDGMENT

The Defendants, by counsel and pursuant to Fed. R. Civ. P. 6(b)(1), hereby move this Court for an enlargement of time--to June 30, 2006--to file their Opposition to Plaintiff's Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment. As grounds therefor Defendants represent as follows:

A member of counsel for defendants' immediate family has been critically ill for the past two weeks and died on Friday, June 16, 2006. Accordingly, Defendants respectfully request that this Court enlarge the time to file their opposition and cross-motion to and including June 30, 2006. Counsel for the Plaintiffs has consented to a grant of this motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District
 of Columbia

                                                    GEORGE C. VALENTINE
                                                    Deputy Attorney General
                                                    Civil Litigation Division

                                                    _____/s/_____
                                                    EDWARD P. TAPTICH [012914]
                                                    Chief, Equity Section II

                                                    _____/s/ _____
                                                    CAROL E. BURROUGHS [415432]
                                                    Assistant Attorney General
                                                    441 4th St., N.W., Sixth Floor South
                                                    Washington, D.C. 20001
                                                    (202) 724-6651
                                                    Fax (202) 727-0431
June 20, 2006                                  carol.burroughs@dc.gov