UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **BRIDGET AGAPITO, o/b/o/**<br>**H.A., a minor, et al.,**<br><br>　　　　**Plaintiffs,**<br><br>　　v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>　　　　**Defendants.** | Civ. Action No. 05-1935 (RMC) |

## O R D E R

Upon consideration of Defendants' Consent Motion to Enlarge Time to File Opposition and Cross-Motion for Summary Judgment, and it appearing just and proper, it is,

**ORDERED** that Defendants' Consent Motion to Enlarge Time to File Responsive Pleading is **GRANTED;** and it is

**FURTHER ORDERED** that the District of Columbia and Clifford B. Janey may file an opposition to Plaintiffs' Motion for Summary Judgment and a Cross-Motion for Summary Judgment on or before June 30, 2006; and it is

**FURTHER ORDERED** that Plaintiffs' time to reply their opposition and reply is is extended to August 1, 2006; and it is

**FURTHER ORDERED** that Defendants' time to file their reply to Plaintiff's opposition is extended to August 31, 2006.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge