**Agapito v. District of Columbia, Civ. No. 02-1496**  **ATTACHMENT 1**

### OBJECTIONS TO ATTORNEY INVOICES

**Complaint Exhibit 1 (H.A.)** (Hearing Request - 3/18/2005, Hearing - 4/25/2005)

| | | | |
|---|---|---|---:|
| 2/7/2005 | WD | Phone call from Hines JHS… | $ 14.00 |
| | WD | Phone call to Hines JHS, Ms. Shaibo… | 14.00 |
| 2/11/2005 | WD | Phone call to parent… | 117.25 |
| 2/14/2005 | WD | Reviewed file and prepared for MDT meeting. | 262.50 |
| | WD | Attended MDT/IEP @ Hine JHS | 1050.00 |
| 2/16/2005 | WD | Draft letter to attorney regarding MDT meeting and progress report | 292.25 |
| 4/15/2005 | WD | Reviewed file in preparation for manifestation meeting 4/18/05 | 87.50 |
| 4/18/2005 | WD | Attended MDT/IEP @ Hines JHS | 1225.00 |
| | BM | Reviewed file to prepare advocate for 4/18/05 manifestation review determination and MDT/IEP/placement meeting | 700.00 |

**Objection**: Services relating to, and attending, IEP meetings are prohibited by IDEA
**Deduct** **$3,762.50**

**Complaint Exhibit 3 (R.B.)** (Hearing Request - 4/27/2005, Hearing - 6/6/2005)

| | | | |
|---|---|---|---:|
| 5/13/2005 | CS | Prepared for upcoming MDT/IEP meeting | $ 87.50 |
| 5/16/2005 | CS | Attended MDT/IEP @ King ES | 700.00 |

**Objection**: Services relating to, and attending, IEP meetings are prohibited by IDEA
**Deduct** **$ 787.50**

**Complaint Exhibit 4 (J.B.)** (Hearing Request - 2/15/2005, Hearing - 3/16/2005)

| | | | |
|---|---|---|---:|
| 11/16/2004 | CW | Consultation with parent and legal assistant, research and case preparation | $ 350.00 |
| | AAG | Drafted letter to parent | 53.55 |
| | BDL | Conference with parent to discuss opening case and child's educational needs | 105.00 |
| 11/17/2004 | CW | Reviewed case file | 175.00 |

**Objection**: Pre-retention and client solicitation activities
**Deduct** **$ 683.55**

| | | | |
|---|---|---|---:|
| 1/3/2005 | CW | Reviewed report card and progress report | $115.50 |
| 1/10/2005 | CW | Reviewed report card | 115.50 |
| 1/19/2005 | AAG | Monthly case review & conference paralegal re: legal & educational issues | 60.90 |
| | AAG | Monthly case review & conference attorney | 60.90 |

1

      **Objection**: Vague & nondescriptive; "monthly," "case" and "file" review is unnecessary, overhead charge

                                                                                                                                                      **Deduct**     **$ 352.80**

**Complaint Exhibit 5 (K.B.)** (Hearing Request - 2/7/2005, Hearing - 3/8/2005)

| | | | |
|---|---|---|---|
| 9/28/2004 | AAG | Conference with parent to discuss opening case and child's educational needs | $157.50 |
| | CW | Consultation with parent and legal assistant, research and case preparation | <u>525.00</u> |

      **Objection**: Pre-retention and client solicitation activities

                                                                                                                      **Deduct**     **$682.50**

| | | | |
|---|---|---|---|
| 11/18/2004 | CW | Record reviewed and discussion with advocate re: SEP meeting | $ 87.50 |
| 11/19/2004 | CM | Discussion with DCPS staff, Ms. Ajaera re attending an SEP meeting | 73.50 |
| | CW | Record reviewed and discussion with advocate re: preparation for SEP meeting | 87.50 |
| 11/29/2004 | CM | Record reviewed and discussion with attorney re SEP meeting | 43.75 |
| 11/30/2004 | CM | Discussion with DCPS staff Ms. Ajero re scheduling SEP meeting | 73.50 |
| | CM | Discussion with parent re scheduling SEP meeting | 57.75 |
| 12/6/2004 | CM | Phone call to parent to confirm SEP meeting at Burville ES | 57.75 |
| 12/7/2004 | CM | Attended MDT/IEP @ Burville ES | 875.00 |
| 12/8/2004 | CM | Record reviewed and discussion with attorney re outcome of SEP meeting | <u>87.50</u> |

      **Objection**: Services relating to, and attending, IEP meetings are prohibited by IDEA

                                                                                                                    **Deduct**     **$ 1,443.75**

| | | | |
|---|---|---|---|
| 12/8/2004 | HR | Discussion with attorney | $ 26.25 |
| 12/15/2004 | HR | Discussion with attorney | 26.25 |
| 12/17/2004 | CM | Record reviewed and discussion with attorney re case status | 87.50 |
| 1/4/2005 | CM | Record reviewed and discussion with attorney re status of evaluations | 14.00 |
| | HR | Case review and discussion with attorney and advocate regarding case status | 8.40 |
| 1/19/2005 | AAG | Monthly case review & conference attorney | 60.90 |
| | JEB | Monthly case review & conference paralegal re: legal & educational issues | <u>203.00</u> |

      **Objection**: Vague & nondescriptive; "monthly," "case" and "file" review is unnecessary, overhead charge

                                                                                                                    **Deduct**     **$ 426.30**

**Complaint Exhibit 6 (B.B.)** (Hearing Request - 2/24/2005, Hearing - 3/23/2005)

| | | | |
|---|---|---|---|
| 4/16/2004-8/17/2004 | Various Attys | Prior Proceedings | $<u>5,373.20</u> |

      **Objection**: Activities unrelated to, and significantly preceding, the administrative proceeding involved

                                                                                                                             **Deduct**     **$5,373.20**

**Complaint Exhibit 7 (S.B.)** (Hearing Request - 3/18/2005, Hearing - 4/14/2005)

| | | | |
|---|---|---|---:|
| 11/17/2004 | CW | Consultation with parent and legal assistant, research and case preparation | $ 525.00 |
| | AAG | Drafted letter to parent | 60.90 |
| | AAG | Conference with parent to discuss opening case and child's educational needs | 157.50 |

    **Objection**: Pre-retention and client solicitation activities

                                                                                                    **Deduct**   **$ 743.40**

**Complaint Exhibit 8 (D.B.)** (Hearing Request __?__, Hearing - 4/11/2005)

**Complaint Exhibit 9 (J.C.)** (Hearing Request - 4/29/2005, Hearing - 6/7/2005)

| | | | |
|---|---|---|---:|
| 3/1/2005 | DD | Reviewed file for upcoming IEP | $350.00 |
| 3/2/2005 | DD | Reviewed files for upcoming | 350.00 |
| | DD | Attended MDT/IEP @ Ivymount | 845.25 |

    **Objection**: Services relating to, and attending, IEP meetings are prohibited by IDEA

                                                                                                    **Deduct**   **$1,545.25**

**Complaint Exhibit 11 (R.C.)** (Hearing Request - 4/11/2005, Hearing - 5/17/2005)

| | | | |
|---|---|---|---:|
| 5/11/2005 | DD | Reviewed file for upcoming IEP | $292.25 |

    **Objection**: Services relating to, and attending, IEP meetings are prohibited by IDEA

                                                                                                  **Deduct**   $292.25

| | | | |
|---|---|---|---:|
| 5/17/2005 | ML | Appearance to 825 North Capital for due process hearing | 525.00 |
| | ML | Prepared for Due Process Hearing, including discussion with attorney Hill, witness preparation, and review of file | 525.00 |
| | DH | Discussion with student guardian, Mr. Lammers… | 525.00 |
| | DH | Appearance at the student's administrative hearing | 525.00 |

    **Objection**: Unjustified duplication of personnel

                                                                                                    **Deduct**   $ 2100.00

**Complaint Exhibit 12 (S.D.)** (Hearing Request - __?__, Hearing - 4/21/2005)

| | | | |
|---|---|---|---:|
| 11/2/2004 | CW | Reviewed case status | $115.50 |
| 11/8/2004 | CW | Reviewed case file | 175.00 |
| 11/19/2004 | CM | Reviewed file correspondence | 87.50 |

    **Objection**: Vague & nondescriptive; "monthly," "case" and "file" review is unnecessary, overhead charge

                                                                                                    **Deduct**   **$ 378.00**

**Complaint Exhibit 13 (B.D.)** (Hearing Request - 3/9/2005, Hearing - 4/15/2005)

| | | | |
|---|---|---|---:|
| 3/4/2005 | JEB | Consultation with parent and legal assistant, research and case preparation | $525.00 |
| | BM | Consultation with parent and advocate | 350.00 |
| | WD | Consultation with parent and attorney | 175.00 |
| | AAG | Conference with parent to discuss opening case and child's educational needs | 157.50 |

    **Objection**: Pre-retention and client solicitation activities

                                                                                                               **Deduct**    **$1,207.50**

**Complaint Exhibit 14 (O.E.)** (Hearing Request - 3/21/2005, Hearing - 4/21/2005)

| | | | |
|---|---|---|---:|
| 12/6/2004 | CM | Phone call to parent to schedule IEP meeting. Not in. Left message | $ 57.75 |
| 12/15/2004 | CM | Attended MDT/IEP @ Moten Center | 1050.00 |

    **Objection**: Services relating to, and attending, IEP meetings are prohibited by IDEA

                                                                                                               **Deduct**    **$1107.75**

| | | | |
|---|---|---|---:|
| 4/21/2005 | CM | Appearance to 825 North Capital for due process hearing | $ 525.00 |
| | CW | Appearance to 825 North Capital for due process hearing… | 1050.00 |

    **Objection**: Unjustified duplication of personnel

                                                                                                               **Deduct**    **$ 1575.00**

**Complaint Exhibit 15 (N.F.)** (Hearing Request - 4/14/2005, Hearing - 5/19/2005)

| | | | |
|---|---|---|---:|
| 5/19/2005 | ML | Appearance to 825 North Capital for due process hearing | $350.00 |
| | ML | Prepared for Due Process Hearing | 525.00 |
| | DH | Conduct final review of the parent's case with Mr. Lammers… | 525.00 |
| | DD | Reviewed file and hearing | 262.50 |
| | DD | Appearance to 825 Capital for due process hearing | 175.00 |
| | DH | Appear at the student's administrative due process hearing | 350.00 |

    **Objection**: Unjustified duplication of personnel

                                                                                                                **Deduct**    **$ 2187.50**

**Complaint Exhibit 16 (N.F.)** (Hearing Request - 2/18/2005, Hearing - 3/21/2005)

| | | | |
|---|---|---|---:|
| 1/31/2005 | DD | Reviewed file and update folders | 262.50 |

    **Objection**: Vague & nondescriptive; "monthly," "case" and "file" review is unnecessary, overhead charge

                                                                                                                **Deduct**    **$ 262.50**

**Complaint Exhibit 17 (A.F.)** (Hearing Request - 3/7/2005, Hearing - 4/4/2005)

| | | | |
|---|---|---|---|
| 9/2/204-12/1/2004 | Various Attys | Prior Proceedings | 4490.85 |

    **Objection**: Activities unrelated to, and significantly preceding the administrative proceeding involved

                                                                                          **Deduct**    **$ 4490.85**

**Complaint Exhibit 18 (N.F.)** (Hearing Request - 3/3/2005, Hearing - 4/11/2005)

| | | | |
|---|---|---|---|
| 2/28/2005 | WD | Reviewed and preparation for MDT meeting 3/1/05 | 437.50 |
| 3/1/2005 | WD | Attended MDT/IEP @ Hart Middle School. Meeting was cancelled by DCPS | 437.50 |

    **Objection**: Services relating to, and attending, IEP meetings are prohibited by IDEA

                                                                                          **Deduct**    **$ 875.00**

**Complaint Exhibit 19 (T.F.)** (Hearing Request - 3/3/2005, Hearing - 4/11/2005)

| | | | |
|---|---|---|---|
| 3/24/2005 | WD | Attended MDT/IEP @ SE Academy | 525.00 |

    **Objection**: Services relating to, and attending, IEP meetings are prohibited by IDEA

                                                                                          **Deduct**    **$ 525.00**

**Complaint Exhibit 20 (R.G.)** (Hearing Request - 3/16/2005, Hearing - 4/5/2005)

| | | | |
|---|---|---|---|
| 1/24/2005 | DD | Reviewed SA and file | 204.75 |
| 1/31/2005 | DD | Reviewed and updated folder | 175.00 |

    **Objections**: -- Vague & nondescriptive; "monthly," "case" and "file" review is unnecessary, overhead charge
            -- Activities unrelated to, and significantly preceding, the administrative proceeding involved

                                                                                          **Deduct**    **$ 379.75**

| | | | |
|---|---|---|---|
| 3/16/2005 | DH | …appear at the student's administrative due process hearing… | 1050.00 |
| | JF | Appearance to 825 North Capital for due process hearing and prepared for hearing | 1050.00 |

    **Objections**: -- Charge(s) for unrelated administrative proceeding
            -- Unjustified duplication of personnel

                                                                                          **Deduct**    **$ 2100.00**

| | | | |
|---|---|---|---|
| 4/5/2005 | DH | …appear at the student's administrative due process hearing complaint | 1400.00 |
| | JF | Appearance to 825 North Capital for due process hearing | 990.50 |

    **Objection**: Unjustified duplication of personnel

                                                                                          **Deduct**    $ 2390.50

**Complaint Exhibit 21 (D.G.)** (Hearing Request - 2/28/2005, Hearing - 3/25/2005)

| | | | |
|---|---|---|---:|
| 7/12/2004-12/10/2004 | Various Attys | Prior Proceedings | 659.75 |

    **Objection**: Activities unrelated to, and significantly preceding, the administrative proceeding involved

                                                        **Deduct**     **$ 659.75**

| | | | |
|---|---|---|---:|
| 3/25/2005 | HR | Appearance to 825 North Capital for part one of due process hearing. Includes time spent in last minute review with attorney | 161.00 |
| | MH | Appearance to 825 North Capital for due process hearing. Part one of hearing. Includes time spent in last minute review with advocate | 322.00 |

    **Objection**: Unjustified duplication of personnel

                                                        **Deduct**     **$ 483.00**

**Complaint Exhibit 23 (L.H.)** (Hearing Request - 6/12/2005, Hearing - 7/18/2005)

| | | | |
|---|---|---|---:|
| 5/3/2005 | DD | Reviewed file and update folder | 145.25 |

    **Objection**: Vague & nondescriptive; "monthly," "case" and "file" review is unnecessary, overhead charge

                                                     **Deduct**     **$ 145.25**

**Complaint Exhibit 24 (A.H.)** (Hearing Request - 2/24/2005, Hearing - 4/4/2005)

| | | | |
|---|---|---|---:|
| 10/8/2004-2/18/2005 | Various Attys | Prior Proceedings | 1370.95 |

    **Objection**: Activities unrelated to, and significantly preceding, the administrative proceeding involved

                                                    **Deduct**     **$ 1370.95**

| | | | |
|---|---|---|---:|
| 3/11/2005 | DD | Attended MDT/IEP @ school | 670.25 |

    **Objection**: Services relating to, and attending, IEP meetings are prohibited by IDEA

                                                     **Deduct**     **$ 670.25**

**Complaint Exhibit 25 (J.H.)** (Hearing Request - __?__, Hearing - 5/18/2005)

| | | | |
|---|---|---|---:|
| 4/11/2005 | DD | Reviewed file for upcoming IEP meeting | 350.00 |
| | DD | Attended MDT/IEP @ school | 525.00 |

    **Objection**: Services relating to, and attending, IEP meetings are prohibited by IDEA

                                                     **Deduct**     **$ 875.00**

| | | | |
|---|---|---|---:|
| 4/18/2005 | DD | Reviewed file and MDT notes | 175.00 |
| 4/20/2005 | DD | Reviewed request for hearing | 43.75 |
| 5/2/2005 | DD | Reviewed file and update folder | 175.00 |
| 5/11/2005 | KC | Reviewed file | <u>175.00</u> |

**Objection**: Vague & nondescriptive; "monthly," "case" and "file" review is unnecessary, overhead charge

                                         **<u>Deduct</u>**  **$ 568.75**

| | | | |
|---|---|---|---:|
| 5/18/2005 | DD | Appearance to 825 North Capital for due process hearing and prep | 350.00 |
| | KC | Prepared for Due Process Hearing | 175.00 |
| | KC | Appearance to 825 North Capital for due process hearing | <u>350.00</u> |

**Objection**: Unjustified duplication of personnel

                                         **<u>Deduct</u>**  **$ 875.00**

**Complaint Exhibit 26 (J.J.)** (Hearing Request - 3/18/2005, Hearing - 4/18/2005)

| | | | |
|---|---|---|---:|
| 2/2/2005-3/7/2005 | Various Attys | Prior Proceedings | <u>560.00</u> |

**Objection**: Activities unrelated to, and significantly preceding, the administrative proceeding involved

                                        **<u>Deduct</u>**  **$ 560.00**

| | | | |
|---|---|---|---:|
| 3/29/2005 | DD | Reviewed file and updated folder | <u>175.00</u> |

**Objection**: Vague & nondescriptive; "monthly," "case" and "file" review is unnecessary, overhead charge

                                        **<u>Deduct</u>**  **$ 175.00**

**Complaint Exhibit 27 (T.J.)** (Hearing Request - 3/28/2005, Hearing - 5/3/2005)

| | | | |
|---|---|---|---:|
| 3/25/2005 | BDL | Conference with parents to discuss opening case and child's educational needs | 165.90 |
| | DSM | Initial intake with attorney McAllister | <u>553.00</u> |

**Objection**: Pre-retention and client solicitation activities

                                       **<u>Deduct</u>**  **718.90**

| | | | |
|---|---|---|---:|
| 4/13/2005 | WD | School visit, TAT meeting at Sousa JHS | <u>612.50</u> |

**Objection**: Services relating to, and attending, IEP meetings are prohibited by IDEA

                                       **<u>Deduct</u>**  **$ 612.50**

**Complaint Exhibit 28 (A.L.)** (Hearing Request - 3/2/2005, Hearing - 5/10/2005)

| | | | |
|---|---|---|---:|
| 2/8/2005 | DD | Attended MDT/IEP @ DEAL | 525.00 |
| | DD | Reviewed file and prepared for upcoming IEP | 525.00 |
| 4/28/2005 | DD | Reviewed file for upcoming MDT/IEP meeting to discuss compensatory education | 350.00 |
| | DD | Attended MDT/IEP @ school | <u>350.00</u> |

    **Objection**: Services relating to, and attending, IEP meetings are prohibited by IDEA

                                                                                                                              **Deduct**    **$ 1750.00**

| | | | |
|---|---|---|---:|
| 5/10/2005 | CW | Appearance to 825 North Capital for due process hearing administered by Hearing Officer Jones | 700.00 |
| | DD | Appearance to 825 North Capital for due process hearing | <u>350.00</u> |

    **Objection**: Unjustified duplication of personnel

                                                                                                                               **Deduct**    **$ 1050.00**

**Complaint Exhibit 29 (D.M.)** (Hearing Request - 2/15/2005, Hearing - 3/18/2005)

| | | | |
|---|---|---|---:|
| 10/1/2004-1/11/2005 | Various Attys | Prior Proceedings | 2624.30 |

    **Objection**: Activities unrelated to, and significantly preceding, the administrative proceeding involved

                                                                                                                                **Deduct**    **$ 2624.30**

| | | | |
|---|---|---|---:|
| 3/10/2005 | DH | Attended MDT/IEP @ Sunrise Academy… | 1690.50 |
| 3/11/2005 | JF | Attended MDT/IEP @ Sunrise Academy with parent | <u>1690.50</u> |

    **Objection**: Services relating to, and attending, IEP meetings are prohibited by IDEA

                                                                                                                      **Deduct**    **$ 3381.00**

**Complaint Exhibit 30 (S.M.)** (Hearing Request - 3/9/2005, Hearing - 4/8/2005)

| | | | |
|---|---|---|---:|
| 6/30/2004-1/4/2005 | Various Attys | Prior Proceedings | 1982.40 |

    **Objection**: Activities unrelated to, and significantly preceding, the administrative proceeding involved

                                                                                                                                **Deduct**    **$ 1982.40**

**Complaint Exhibit 31 (M.M.)** (Hearing Request - 3/10/2005, Hearing - 4/18/2005)

| | | | |
|---|---|---|---:|
| 11/3/2004-3/4/2005 | Various Attys | Prior Proceedings | 5093.55 |

    **Objection**: Activities unrelated to, and significantly preceding, the administrative proceeding involved

                                                                                                                                **Deduct**    **$ 5093.55**

**Complaint Exhibit 32 (R.O.)** (Hearing Request - 4/4/2005, Hearing - 5/5/2005)

| | | | |
|---|---|---|---:|
| 3/17/2005 | CS | Prepared for upcoming MDT/IEP meeting | 87.50 |
| 3/18/2005 | CS | Attended MDT/IEP @ Eliot JHS | 700.00 |
| | CB | Reviewed MDT/IEP 3/18/05 | 87.50 |

    **Objection**: Services relating to, and attending, IEP meetings are prohibited by IDEA

                                                                                                                        **Deduct**     **$ 875.00**

| | | | |
|---|---|---|---:|
| 5/5/2005 | CS | Appearance to 825 North Capital for due process hearing | 350.00 |
| | ML | Appearance to 825 North Capital for due process hearing | 700.00 |

    **Objection**: Unjustified duplication of personnel

                                                                                                             **Deduct**     **$ 1050.00**


**Complaint Exhibit 33 (M.P.)** (Hearing Request - 2/10/2005, Hearing - 4/20/2005)

| | | | |
|---|---|---|---:|
| 9/30/2004-1/18/2005 | Various Attys | Prior Proceedings | 6220.55 |

    **Objection**: Activities unrelated to, and significantly preceding, the administrative proceeding involved

                                                                                                             **Deduct**     **$ 6220.55**

| | | | |
|---|---|---|---:|
| 2/1/2005 | CM | Reviewed psychological report by Ellis in prep of upcoming IEP meeting | 87.50 |
| | CM | Reviewed 6/4/04 IEP in preparation of upcoming IEP meeting | 87.50 |
| 2/2/2005 | CM | Record reviewed and discussion with attorney re upcoming IEP meeting and RCA's participation | 43.75 |
| | CM | Reviewed Psychological evaluation report by Augustin in preparation of 2/4/05 IEP meeting | 87.50 |
| | CM | Reviewed Psychological evaluation report by Ellis in preparation of 2/4/05 IEP meeting | 87.50 |
| 2/4/2005 | CM | Attended MDT/IEP @ Wheatley ES | 1050.00 |

    **Objection**: Services relating to, and attending, IEP meetings are prohibited by IDEA

                                                                                                             **Deduct**     **$ 1443.75**


**Complaint Exhibit 34 (R.P.)** (Hearing Request - 2/16/2005, Hearing - 3/18/2005)

| | | | |
|---|---|---|---:|
| 1/25/2005 | KD | Reviewed and drafted letter to parent/enclosed copy of 1/25/05 HOD/copy to advc and file | 105.00 |

    **Objection**: Pre-retention and client solicitation activities

                                                                                                             **Deduct**     **$ 105.00**

**Complaint Exhibit 35 (A.P.)** (Hearing Request - 3/15/2005, Hearing - 4/18/2005)

| | | | |
|---|---|---|---|
| 1/26/2005 | BM | Prepared for Due Process Hearing including… | 1050.00 |

    **Objection**: Mistaken entry; hearing request not filed until 2 months later.

Deduct    $ 1050.00

**Complaint Exhibit 36 (C.R.)** (Hearing Request - 4/7/2005, Hearing - 5/12/2005)

| | | | |
|---|---|---|---|
| 3/7/2005 | CB | Consultation with parent and legal assistant, research and case preparation | 525.00 |
| | AAG | Conference with parent to discuss opening of case and child's educational needs | 157.50 |
| 3/16/2005 | CS | Reviewed intake information | 57.75 |

    **Objection**: Pre-retention and client solicitation activities

**Deduct**    **$ 740.25**

**Complaint Exhibit 37 (G.R.)** (Hearing Request - 2/28/2005, Hearing - 3/21/2005)

| | | | |
|---|---|---|---|
| 1/25/2005 | CM | Attended MDT/IEP @ Brown MS | 1050.00 |

    **Objection**: Services relating to, and attending, IEP meetings are prohibited by IDEA

**Deduct**    **$ 1050.00**

| | | | |
|---|---|---|---|
| 3/21/2005 | CW | Appearance to 825 North Capital for administrative due process hearing in order to address… | 700.00 |
| | DSM | Appearance to 825 North Capital for due process hearing with Attorney West | 700.00 |

    **Objection**: Unjustified duplication of personnel

**Deduct**    **$ 1400.00**

**Complaint Exhibit 39 (T.S.)** (Hearing Request - 1/21/2005, Hearing - 3/22/2005)

| | | | |
|---|---|---|---|
| 1/11/2005 | DD | Attended MDT/IEP @ Truesdale | 670.25 |

    **Objection**: Services relating to, and attending, IEP meetings are prohibited by IDEA

**Deduct**    **$ 670.25**

| | | | |
|---|---|---|---:|
| 3/22/2005 | DD | Prepared for Due Process Hearing | 262.50 |
| | DD | Appearance to 825 North Capital for due process hearing | 875.00 |
| | DSM | Appearance to 825 North Capital for due process hearing with Attorney Hill | 1750.00 |
| | KC | Prepared for Due Process Hearing | 350.00 |
| | KC | Appearance to and from 825 North Capital for due process hearing | <u>1050.00</u> |

    **Objection**: Unjustified duplication of personnel

                                                                                    **Deduct**    **$ 4287.50**

**Complaint Exhibit 40 (W.S.)** (Hearing Request - 3/18/2005, Amended - 4/5/2005, Hearing - 4/25/2005)

| | | | |
|---|---|---|---:|
| 3/17/2005 | WD | Attended MDT/IEP @ Southeast Academy | 612.50 |
| 4/5/2005 | WD | Attended MDT/IEP @ SE Academy | <u>962.50</u> |

    **Objection**: Services relating to, and attending, IEP meetings are prohibited by IDEA

                                                                                     **Deduct**    **$ 1575.00**

| | | | |
|---|---|---|---:|
| 4/25/2005 | WD | Prepared for Due Process Hearing | 262.50 |
| | WD | Appearance to 825 North Capital for due process hearing | 525.00 |
| | BM | Prepared for hearing including prehearing conferences with parent and witness Volt in preparation for due process hearing | 700.00 |
| | BM | Witness preparation with advocate Daywalt for 4/25/05 due process hearing | 175.00 |
| | BM | Appearance to 825 North Capital for due process hearing with student, parent, advocate Daywalt | <u>1050.00</u> |

    **Objection**: Unjustified duplication of personnel

                                                                                     **Deduct**    <u>$ 2712.50</u>

**Complaint Exhibit 41 (E.S.)** (Hearing Request - 3/30/2005, Hearing - 5/4/2005)

| | | | |
|---|---|---|---:|
| 12/10/2004-3/23/2005 | Various Attys | Prior Proceedings | 6770.40 |

    **Objection**: Activities unrelated to, and significantly preceding, the administrative proceeding involved

                                                                                     **Deduct**    **$ 6770.40**

| | | | |
|---|---|---|---:|
| 4/25/2005 | CS | Prepared for upcoming MDT/IEP meeting | 87.50 |
| 4/26/2005 | CS | Attended MDT/IEP @ MM Washington CSHS | <u>612.50</u> |

    **Objection**: Services relating to, and attending, IEP meetings are prohibited by IDEA

                                                                                     **Deduct**    **$ 700.00**

| | | | |
|---|---|---|---:|
| 5/3/2005 | CS | Prepared for Due Process Hearing | 87.50 |
| 5/4/2005 | ML | Prepared for Due Process Hearing | 525.00 |
| | ML | Appearance to 825 North Capital for due process hearing | 1050.00 |
| | CS | Appearance to 825 North Capital for due process hearing | <u>525.00</u> |

**Objection**: Unjustified duplication of personnel

**Deduct**     **$ 2187.50**

| | | | |
|---|---|---|---:|
| 5/5/2005 | ML | Draft memo to HO Ruff | 700.00 |
| 5/9/2005 | ML | Draft memo to HO Ruff re: representation issue | <u>700.00</u> |

**Objection**: Unexplained post-hearing actions.

**Deduct**     **$ 1400.00**

**Complaint Exhibit 42 (T.T.)** (Hearing Request - 3/4/2005, Hearing - 4/11/2005-5/6/2005)

| | | | |
|---|---|---|---:|
| 1/28/2005 | CS | School visit; Shaw JHS | 437.50 |
| 3/10/2005 | CS | Attended MDT/IEP @ Shaw JHS | 350.00 |
| 4/5/2005 | CS | Prepared for upcoming MDT/IEP meeting | 87.50 |
| 4/6/2005 | ML | Discussion with the child's advocate re recent IEP meeting | 115.50 |
| | CS | Discussion with the child's attorney re recent IEP meeting | 57.75 |
| | CS | Attended MDT/IEP @ Shaw JHS | <u>700.00</u> |

**Objection**: Services relating to, and attending, IEP meetings are prohibited by IDEA

**Deduct**     **$ 1748.25**

| | | | |
|---|---|---|---:|
| 4/8/2005 | CS | Prepared for Due Process Hearing | 117.25 |
| 4/11/2005 | CS | Appearance to 825 North Capital for due process hearing | 350.00 |
| | ML | Appearance to 825 North Capital for due process hearing | 700.00 |
| | ML | Prepared for Due Process Hearing, conference with educational advocate and private school | <u>525.00</u> |

**Objection**: Unjustified duplication of personnel

**Deduct**     **$ 1692.25**

| | | | |
|---|---|---|---:|
| 4/22/2005 | CS | Prepared for Due Process Hearing | 175.00 |
| 4/25/2005 | CS | Appearance to 825 North Capital for due process hearing | 525.00 |
| | ML | Prepared for Due Process Hearing | 525.00 |
| | ML | Appearance to 825 North Capital for due process hearing | <u>1050.00</u> |

**Objection**: Unjustified duplication of personnel

**Deduct**     **$ 2275.00**

| | | | |
|---|---|---|---:|
| 5/5/2005 | CS | Prepared for Due Process Hearing | 87.50 |
| 5/6/2005 | ML | Prepared for Due Process Hearing | 525.00 |
| | ML | Appearance to 825 North Capital for due process hearing | 1400.00 |
| | CS | Appearance to 825 North Capital for due process hearing | <u>612.50</u> |

**Objection**: Unjustified duplication of personnel

**Deduct**     **$ 2625.00**

**Complaint Exhibit 43 (A.T.)** (Hearing Request - 4/11/2005, Hearing - 5/16/2005)

| | | | |
|---|---|---|---:|
| 5/16/2005 | DH | …appear at the student's administrative due process hearing… | 525.00 |
| | MH | …appear at the student's administrative due process hearing… | 525.00 |

**Objection**: Unjustified duplication of personnel

**Deduct**     **$ 1050.00**

**Complaint Exhibit 44 (G.V.)** (Hearing Request - 2/14/2005, Hearing - 3/14/2005)

9/29/2004-1/6/2005     Various Attys     Prior Proceedings     1924.65

**Objection**: Activities unrelated to, and significantly preceding, the administrative proceeding involved

**Deduct**     **$ 1924.65**

**Complaint Exhibit 45 (D.W.)** (Hearing Request - 3/9/2005, Hearing - 4/13/2005)

3/7/2005     AAG     Conference with parent to discuss opening case and child's educational needs     157.50

**Objection**: Pre-retention and client solicitation activities

**Deduct**     **$ 157.50**

**Complaint Exhibit 46 (L.W.)** (Hearing Request 2/22/2004, Hearing 3/22/2004)

INVOICE (for 1/4/05 et. seq.) IS FOR ACTIVITIES UNRELATED TO HEARING OFFICER'S DECISION (dated 4/1/04)

**Complaint Exhibit 47 (K.W.)** (Hearing Request - 2/25/2005, Hearing - 3/25/2005)

11/8/2004-1/4/2005     Various Attys     Prior Proceedings     249.90

**Objection**: Activities unrelated to, and significantly preceding, the administrative proceeding involved

**Deduct**     **$ 249.90**

**Complaint Exhibit 48 (A.W.)** (Hearing Request - 4/25/2005, Amended - 5/24/2005, Hearing - 6/6/2005)

2/24/2005-3/1/2005     Various Attys     Prior Proceedings     313.25

**Objection**: Activities unrelated to, and significantly preceding, the administrative proceeding involved

**Deduct**     **$ 313.25**

13

**Complaint Exhibit 49 (D.W.)** (Hearing Request - 3/13/2005, Hearing - 4/15/2005)

| | | | |
|---|---|---|---:|
| 2/4/2004-2/22/2005 | Various Attys | Prior Proceedings | 10870.30 |

<u>Objection</u>: Activities unrelated to, and significantly preceding, the administrative proceeding involved

                              **Deduct**  **$ 10870.30**

| | | | |
|---|---|---|---:|
| 3/8/2005 | CM | Attended MDT/IEP @ Devereux Children's Center | 875.00 |

<u>Objection</u>: Services relating to, and attending, IEP meetings are prohibited by IDEA

                              **Deduct**  **$ 875.00**

**Complaint Exhibit 51 (S.W.)** (Hearing Request - 5/2/2005, Hearing - 6/9/2005)

| | | | |
|---|---|---|---:|
| 3/15/2005-3/23/2005 | Various Attys | Prior Proceedings | 238.35 |

<u>Objection</u>: Activities unrelated to, and significantly preceding, the administrative proceeding involved

                              **Deduct**  **$ 238.35**

| | | | |
|---|---|---|---:|
| 6/9/2005 | DH | Appear at the student's administrative due process hearing | 350.00 |
| | DH | Prepare for the student's administrative due process hearing | 525.00 |
| | RG | Prepared for Due Process Hearing | 350.00 |
| | RG | Appearance to 825 North Capital for due process hearing | 350.00 |
| 6/10/2005 | DD | Reviewed file for upcoming hearing | 175.00 |

<u>Objection</u>: Unjustified duplication of personnel

                              **Deduct**  **$ 1750.00**

**Complaint Exhibit 52 (J.W.)** (Hearing Request - 3/11/2005, Hearing - 4/18/2005)

| | | | |
|---|---|---|---:|
| 4/18/2005 | ML | Prepared for Due Process Hearing | 525.00 |
| | ML | Appearance to 825 North Capital for due process hearing | 700.00 |
| | MH | Appearance to 825 North Capital for due process hearing | 700.00 |

<u>Objection</u>: Unjustified duplication of personnel

                              **Deduct**  **$ 1925.00**

**Complaint Exhibit 54 (D.Y.)** (Hearing Request - 1/24/2005, Hearing - 3/17/2005)

| | | | |
|---|---|---|---:|
| 8/9/2004-1/4/2005 | Various Attys | Prior Proceedings | 1783.95 |

<u>Objection</u>: Activities unrelated to, and significantly preceding, the administrative proceeding involved

                              **Deduct**  **$ 1783.95**