

- Inside the Bar
- For Lawyers
- For the Public

### Search Results

Search again.

Records matching your search criteria: 2

1. **Christopher L West**
   James E Brown PLLC
   1220 L Street NW Suite 700
   Washington DC 20005

   Email: comwest69@yahoo.com
   Phone: 202-742-2000
   Fax: 202-742-2098
   Membership Status: Active
   Disciplinary history: None
   Date of admission: May 6, 2005

2. **Christopher D Weston**
   Address not available.

   Email: cweston@starpower.net
   Phone: 202-338-0543
   Membership Status: Active
   Disciplinary history: None
   Date of admission: August 5, 2002









## Search Results

Search again.

Records matching your search criteria: 1

1. **Domiento C Hill**
   James E Brown & Associates
   1220 L Street NW
   Washington DC 20005

   Email: domiento@aol.com
   Phone: 202-742-2008
   Fax: 202-472-2097
   Membership Status: Active
   Disciplinary history: None
   Date of admission: February 3, 2006





The District of Columbia Bar | 1250 H Street NW, sixth floor | Washington DC 20005-5937 | 202-737-4700 | Directions/Pa
©2006 District of Columbia Bar. All rights reserved. **Privacy Policy** | **Disclaimer** | **Author guidelines**



- Inside the Bar
- For Lawyers
- For the Public

**Search Results**

Search again.

Records matching your search criteria: 1

1. **Marshall M Lammers**
   Hudson Legal
   1111 19th Street NW
   Suite 620
   Washington DC 20036

   Email: marshall_lammers@hotmail.com
   Phone: 202-210-9343
   Membership Status: Active
   Disciplinary history: None
   Date of admission: November 14, 2005





The District of Columbia Bar | 1250 H Street NW, sixth floor | Washington DC 20005-5937 | 202-737-4700 | Directions/Pa
©2006 District of Columbia Bar. All rights reserved. **Privacy Policy** | **Disclaimer** | **Author guidelines**





**Quick Links to**
-Top Pages-
-Marketplace-

▶ Inside the Bar

▶ For Lawyers

▶ For the Public

## Find a Member

**Search by attorney name:**

First name: Brenda
Last name: McAllister

[Search] [Clear]

**Or, search by company and/or geographic location:**

Company name:
City:
State:

[Search] [Clear]

**Search Tips**
- Try entering only the last name.
- Try entering only the first few letters of the last name.





The District of Columbia Bar | 1250 H Street NW, sixth floor | Washington DC 20005-5937 | 202-737-4700 | Directions/Pa
©**2006** District of Columbia Bar. All rights reserved. **Privacy Policy** | **Disclaimer** | **Author guidelines**



### Search Results

Search again.

Records matching your search criteria: 0





The District of Columbia Bar | 1250 H Street NW, sixth floor | Washington DC 20005-5937 | 202-737-4700 | Directions/Pa
©2006 District of Columbia Bar. All rights reserved. **Privacy Policy** | **Disclaimer** | **Author guidelines**