

Home | Find a Member

*For Lawyers*

Quick Links to
-Top Pages-
-Marketplace-

▶ **Inside the Bar**

▶ **For Lawyers**

▶ **For the Public**

Home > For Lawyers > Ethics > Discipline

## Attorney Discipline

Records matching your search criteria = 1

Search again.

### James E. Brown

Get member address »

1. **Date of Action:** October 31, 2002
   **Summary of Action:** Bar Counsel issued Brown an informal admonition for (1) failing to make reasonable efforts to ensure that all lawyers in a firm in which he is a partner and has direct supervisory authority conformed to the rules of professional conduct; (2) violating and knowingly assisting another in violating the rules of professional conduct; and (3) assisting a person not a member of the District of Columbia Bar in the unauthorized practice of law.
   **Read full informal admonition.**

2. **Date of Action:** November 21, 1994
   **Summary of Action:** The court approved Brown's petition for reinstatement on the condition that if he resumes private practice, he contact the Board on Professional Responsibility. Upon notification, the board will appoint a practice monitor for six months. Brown consented to disbarment in 1981 after being charged with disciplinary violations for alleged mishandling of funds in three probate matters.

3. **Date of Action:** April 28, 1994
   **Summary of Action:** The board recommends that Brown's petition for reinstatement be granted on the conditions (a) that he provide written certification that he has completed designated CLE courses and a professional responsibility course on the D.C. Rules of Professional Conduct and (b) that if he engages in the private practice of law, such practice be monitored for six months commencing from its resumption. There is no requirement for monitoring if petitioner is employed by a government agency.

4. **Date of Action:** March 2, 1990
   **Summary of Action:** The board has recommended that the court deny Brown's application for reinstatement, finding he had not met the reinstatement criteria as set forth in *In re Roundtree*, 503 A.2d 1215 (D.C. 1985).

5. **Date of Action:** August 4, 1981
   **Summary of Action:** James E. Brown was disbarred by consent.

6. **Date of Action:** April 25, 1981



DEFENDANT'S EXHIBIT

**Summary of Action:** James E. Brown was publicly censured and ordered to make restitution to his client for his neglect of his client's employment discrimination claim.

7. **Date of Action:** April 2, 1981
**Summary of Action:** James E. Brown was recommended for a public censure by the Court and restitution of $435 to his client for neglect of his client's discrimination claim.

**AVIS.** *DC Bar Members Save 10% Plus A Free Weekend Day!* **DC BAR**

The District of Columbia Bar | 1250 H Street NW, sixth floor | Washington DC 20005-5937 | 202-737-4700 | **Directions/P:**
©**2006** District of Columbia Bar. All rights reserved. **Privacy Policy | Disclaimer | Author guidelines**