UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIDGET AGAPITO, o/b/o/ H.A., a minor, et al.,**  Plaintiffs,  v.  **DISTRICT OF COLUMBIA, et al.,**  Defendants. | Civ. Action No. 05-1935 (RMC) |

## ORDER

Upon consideration of Plaintiffs' Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment, the Oppositions and Replies thereto, it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment is GRANTED; and it is further **ORDERED** that

2. Plaintiffs' Motion for Summary Judgment is **DENIED.**

_____
United States District Judge