UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIDGET AGAPITO, o/b/o/ H.A., a minor, et al.,** : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> **DISTRICT OF COLUMBIA, et al.,** : <br> : <br> Defendants. : | Civ. Action No. 05-1935 (RMC) |

## NOTICE OF FILING

The Court will please note the filing of a corrected Statement of Material Facts in Dispute to be attached to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment. Counsel for Defendants apologizes for filing in error an earlier draft of the Statement.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the
    District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    **/s/ Edward P. Taptich**
    EDWARD P. TAPTICH [#012914]
    Chief, Equity Section II

|  |  |
|---|---|
|  | **/s/ Carol E. Burroughs** |
|  | CAROL E. BURROUGHS [#415432] |
|  | Assistant Attorney General |
|  | 441 Fourth Street, N.W. |
|  | Sixth Floor South |
|  | Washington, D.C. 20001 |
|  | (202) 724-6520 |
| July 10, 2006 | email: carol.burroughs@dc.gov |