UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRIDGET AGAPITO, o/b/o/ :
H.A., a minor, et al., :
 :
      Plaintiffs, :
 :
     v. : Civ. Action No. 05-1935 (RMC)
 :
DISTRICT OF COLUMBIA, et al., :
 :
      Defendants. :

**DEFENDANTS' STATEMENT OF MATERIAL FACTS
IN DISPUTE**

1. That Mr. Hill's practice conformed to the requirements of Rule 49(c)(5)and its subsequent amendment at all times pertinent hereto. **PSMF ¶8**. **DMSJ Ex. 1**

2. That March 8, 2005 marked the first time that the Defendant objected to the appearance of one of the Plaintiffs' Counsel representing parents in IDEA matters before the DCPS Office of Student Hearings. **PSMF ¶13**.

3. That Domiento Hill, Brenda McAllister, Marshall Lammers and Christopher West at all times relevant hereto, practiced in good faith. **PSMF ¶23. See DSJM Exhibit 1.**

4. That the parents/guardians of T.S. were prevailing parties as defined by IDEA. **PSMF ¶71** .

5. That the parents/guardians of W.S. were prevailing parties as defined by IDEA. **PSMF ¶72**

1

6. That the parents/guardians of L.H. were prevailing parties as defined by IDEA. **PSMF ¶54**.

7. That the parents/guardians of T.J. were prevailing parties as defined by IDEA. **PSMF ¶59**

8. That the parents/guardians of S.M. were prevailing parties as defined by IDEA. **PSMF ¶62**

9. That the parents/guardians of D.W. were prevailing parties as defined by IDEA. **PSMF ¶77**

10. That the parents/guardians of K.W. were prevailing parties as defined by IDEA. **PSMF ¶79**

11. That the parents/guardians of D.W. were prevailing parties as defined by IDEA. **PSMF ¶81**

12. That during the relevant period in this case that Domiento Hill was properly practicing under 49(c)(5) or (8). **DMSJ Ex. 1**.

13. That during the relevant period in this case that Brenda McAllister was properly practicing under 49(c)(5) or (8). **DMSJ Ex. 1.**

**14.** That the supervision of Marshall Lammers conformed to the requirements of 49©(8). **PMSJ Ex. 9**

15. That the supervision of Christopher West conformed to the requirements of 49©(8). **DMSJ Ex.. 1.**

**16.** That prior to the April 28, 2005 interpretation, the CUPL's October 27, 2003 interpretation of Rule 49(c)(5) governed the appearance and the

practice of attorneys that were not admitted to the bar of the District of

Columbia in administrative due process hearings. **PMSJ Ex. 11**.

                                            Respectfully submitted**,**

ROBERT J. SPAGNOLETTI
Attorney General for the District
 of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
EDWARD P. TAPTICH [012914]
Chief, Equity Section II

_____/s/ _____
CAROL E. BURROUGHS [415432]
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651
Fax (202) 727-0431

June 30, 2006                    carol.burroughs@dc.gov

Case 1:05-cv-01935-RMC    Document 12-2    Filed 07/10/2006    Page 4 of 4