IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIDGET AGAPITO,** ) | |
| **Parent and Next Friend of** ) | |
| **H.A, a minor, et. al** ) | Case No. 050-1935 (RMC) |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| **THE DISTRICT OF COLUMBIA,** ) | |
| ) | |
| **Defendants** ) | |

## PLAINTIFFS' CONSENT MOTION TO ENLARGE TIME TO FILE THEIR RESPONSE TO THE DEFENDANTS' OPPOSITION MOTION FOR SUMMARY JUDGMENT AND THE DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT

**COMES NOW**, the Plaintiffs, by and through counsel, pursuant to Fed. R. Civ. P.6(b)(1) hereby move this Honorable Court for an enlargement of time to August 14, 2006 to file their response to the Defendants' Opposition Motion for Summary Judgment and their Cross Motion for Summary Judgment.

The Plaintiffs request an enlargement of time to adequately respond to both motions. Pursuant to LCvR 7(m), on July 28, 2006, the undersigned attorney contacted Defendant's counsel to request her consent regarding this enlargement of time and Defendant's counsel advised the undersigned that she consented to the instant motion.

**WHEREFORE**, these premises considered, the Plaintiffs respectfully prays as follows:

1.      That this Honorable Court enter an order extending the time within which the Plaintiffs

have to file their response to the Defendants' Opposition Motion to the Plaintiffs' Motion for Summary Judgment and the Defendants' Cross Motion for Summary Judgment to and including Monday, August 14, 2006.

2.  And for such other and further relief as to this Honorable Court is just and equitable under the circumstances.

## MEMORANDUM OF POINTS AND AUTHORITIES

1.  Rule 6(b)(1), Federal Rules of Civil Procedure; and

2.  The inherent powers of the Court.

Respectfully Submitted,
/s/
Tilman L. Gerald 928796
Roxanne D. Neloms  478157
James E. Brown & Associates, PLLC
1220 L Street, N.W., Suite 700
Washington, D.C. 2000
(202)742-2000
*Attorneys for Plaintiffs*