IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIDGET AGAPITO,**  )<br>**Parent and Next Friend of** )<br>**H.A, a minor, et. al** )<br>**Plaintiffs,** )<br>)<br>v.  )<br>)<br>**THE DISTRICT OF COLUMBIA,** )<br>)<br>**Defendant** )<br>) | Case No. 050-1935 (RMC) |

**PLAINTIFFS' CONSENT MOTION FOR RECONSIDERATION OF ORDER DENYING PLAINTIFFS' MOTION TO ENLARGE TIME TO FILE THEIR RESPONSE TO THE DEFENDANT'S OPPOSITION MOTION FOR SUMMARY JUDGMENT AND THE DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT**

Comes Now, the Plaintiffs, by and through counsel, and respectfully move this Honorable Court to reconsider its Minute Entry Order of July 31, 2006, whereby this Honorable Court denied, without prejudice, the Plaintiffs' Motion for an Extension of Time Within Which to File their Reply and their Opposition to the Defendant's Motion for Summary Judgment for the following reasons:

1. That on July 28, 2006 Plaintiffs, through counsel, filed a consent motion requesting an extension of time to file their Reply and Opposition to the Defendant's Motion for Summary Judgment.

2. That under the scheduling order entered by this Honorable Court on March 24, 2006, the Defendant's Motion for Summary Judgment was to have been filed no later than June 22, 2006 with Plaintiffs' Reply and Opposition filed no later than July 24, 2006.

3. That, however on June 20, 2006, the Defendant filed and this Honorable Court granted its

Consent Motion for an Extension of Time within which to file its Opposition to Plaintiffs' Motion for Summary Judgment and to file its own motion for summary judgment up to and including June 30, 2006.

4. That as a result of this Honorable Court granting the Defendant's Motion to Extend the time to file its Opposition and to file its Motion for Summary Judgment Plaintiffs verily understood that the time for filing their Reply and their Opposition to the Defendant's Motion for Summary Judgment would be extended for a like period of time, i.e., eight (8) days, as that requested and granted by the Court to the Defendant. Therefore, instead of Plaintiffs' Reply and Opposition being due on July 24 2006, Plaintiffs' Reply and their Opposition to Defendant's Motion for Summary Judgment rightfully would have been due eight (8) days later or on August 1, 2006.  Therefore, Plaintiffs' Motion for An Extension of Time, filed on July 28, 2006, was filed timely and consonant with Fed. R.Civ. P. 6(b)(1), prior to the expiration of date on which they were due to be filed. Thus, Plaintiffs do not need to demonstrate excusable neglect as the motion was not tardy.

5. That Plaintiffs would irremediably prejudiced should this Honorable Court deny their Motion for Reconsideration and thereby preclude them from presenting their meritorious Reply to the Defendant's Opposition and the Defendant's Motion for Summary Judgment.

6. That Plaintiffs inadvertently did not specify the reason(s) for requesting an extension of time because counsel for the Defendant had consented to their Motion for Extension.

7. That Plaintiffs' Motion for an Extension of Time was necessary and was made because counsel's caseload became unexpectedly demanding and consuming with filing deadlines, so much so that additional time was needed to adequately formulate and prepare an appropriate Reply and Opposition to Defendant's Motion for Summary Judgment.

8. That the original Motion for an Extension of Time was filed for good cause, in good faith

and was in no way interposed for delay nor any other dilatory purpose or reason.

9. That counsel for Plaintiffs, at all times relevant hereto, reasonably understood and perceived that its Motion to Extend Time was filed timely given the additional time of eight (8) days granted to the Defendants as per this Court's Minute Entry Order of June 20, 2006.

10. That Counsel for the Defendant has given her consent to the instant Motion having done so on the date even herewith.

11. That Defendant will not in any way be prejudiced should this Honorable Court extend for the Plaintiffs to file their Reply Motion to the Defendant's Opposition and Motion for Summary Judgment especially since the Defendant has consented to the two Motions filed by Plaintiffs in this matter to date.

12. That the interests of justice are best served if this Honorable Court grants Plaintiffs' Motion for Reconsideration of its Order denying Plaintiffs' Motion for an Extension of Time to file their Reply and Opposition to the Defendant's Motion for Summary Judgment, thereby providing Plaintiffs reasonable time and opportunity to file their Reply and Opposition.

**WHEREFORE**, these premises considered, the Plaintiffs respectfully prays as follows:

1. That this Honorable Court Reconsider its Minute Entry Order denying Plaintiffs' Motion for an Extension of Time to File Their Reply and Opposition to Defendant's Motion for Summary Judgment entered on July 31, 2006.

2. That this Honorable Court extend the time within which Plaintiffs are required to lodge their Reply and their Opposition Motion to the Defendants' Cross Motion for Summary Judgment to and including Monday, August 14, 2006.

2. And for such other and further relief as to this Honorable Court is just and equitable under the circumstances.

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Rule 6(b)(1), Federal Rules of Civil Procedure; and

2. The inherent equitable powers of the Court.

                                             Respectfully Submitted,
                                             /s/
                                             Tilman L. Gerald [928796]
                                             Roxanne D. Neloms [478157]
                                             James E. Brown & Associates, PLLC
                                             1220 L Street, N.W., Suite 700
                                             Washington, D.C. 2000
                                             (202)742-2000
                                             ***Attorneys for Plaintiffs***