UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRIDGET AGAPITO, o/b/o/ H.A., a minor, et al., : : : Plaintiffs, : : v. : : DISTRICT OF COLUMBIA, et al., : : Defendants. : : | Civ. Action No. 05-1935 (RMC) |

### DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR RECONSIDERATION

The Defendants, by counsel, respond to Plaintiffs' Motion for Reconsideration as follows:

When Defendants sought consent of plaintiffs' counsel for their Motion to Enlarge Time to File Their Opposition and Cross-Motion for Summary Judgment, counsel indicated that he would consent to a grant of the motion as long as Defendants' proposed order extended the rest of the schedule accordingly. While Defendants' counsel submitted a proposed order extending the entire schedule sequence, this Court's Order granting the Defendants' request for enlargement did not change the entire schedule as proposed.

For the record, however, the Court should note that plaintiff's counsel in fact did not contact Defendants' counsel for consent either on July 28 relating to Plaintiffs' Motion for Enlargement or yesterday regarding their Motion for Reconsideration.

However, Defendants do not oppose the motion for reconsideration. We request,

however, that in its action, the Court include a comparable extension for Defendants'

Reply to Plaintiff's Opposition; that deadline reply, consistent with the original schedule

proposed, should be adjusted to August 31, 2006.

                                                        Respectfully submitted,

                                                        ROBERT J. SPAGNOLETTI
                                                        Attorney General for the District
                                                          of Columbia

                                                        GEORGE C. VALENTINE
                                                        Deputy Attorney General
                                                        Civil Litigation Division

                                                        _____/s/_____
                                                        EDWARD P. TAPTICH [012914]
                                                        Chief, Equity Section II

                                                        _____/s/ _____
                                                        CAROL E. BURROUGHS [415432]
                                                        Assistant Attorney General
                                                        441 4th St., N.W., Sixth Floor South
                                                        Washington, D.C. 20001
                                                        (202) 724-6651
August 1, 2006                                       carol.burroughs@dc.gov

Case 1:05-cv-01935-RMC    Document 15    Filed 08/01/2006    Page 3 of 3