UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIDGET AGAPITO, o/b/o/ H.A., a minor, et al.,** : : : **Plaintiffs,** : : **v.** : : **DISTRICT OF COLUMBIA, et al.,** : : **Defendants.** : : | Civ. Action No. 05-1935 (RMC) |

**ERRATA
DEFENDANTS' RESPONSE TO
PLAINTIFFS' MOTION FOR RECONSIDERATION**

The Defendants, by counsel, corrects an error in their response to Plaintiffs' Motion for Reconsideration as follows:

Undersigned Counsel has just learned that Plaintiffs' counsel, Roxanne Neloms, spoke with Amy Caspari of this Office to obtain consent to the grant of the relief requested in their Motions for Enlargement and for Reconsideration. Defendants apologize for the mistaken representation on this issue.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District
     of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    _____/s/_____
    EDWARD P. TAPTICH [012914]
    Chief, Equity Section II

                                                                                                                        _____/s/_____
                                                                          CAROL E. BURROUGHS [415432]
                                                                           Assistant Attorney General
                                                                           441 4th St., N.W., Sixth Floor South
                                                                           Washington, D.C. 20001
                                                                           (202) 724-6651

August 1, 2006                                           carol.burroughs@dc.gov

Case 1:05-cv-01935-RMC    Document 16    Filed 08/01/2006    Page 2 of 2