UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIDGET AGAPITO, for** : <br> **H.A., a minor, et al.,** : <br> : <br> Plaintiffs, : <br> : <br> v.  : <br> : <br> **DISTRICT OF COLUMBIA, et al.,** : <br> : <br> Defendants. : <br> : | Civil Action No. 05-1935 (RMC) |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please note the entry of the appearance of Amy Caspari, Assistant Attorney General, herein, as counsel for Defendants in this matter.

                                                        Respectfully submitted,

                                                        EUGENE A. ADAMS
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

***/s/ Edward P. Taptich***
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

***/s/ Amy Caspari***
Amy Caspari [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794
email: amy.caspari@dc.gov

November 16, 2006