UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **HASHIMA AGAPITO,** *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-1935 (RMC) |
| **DISTRICT OF COLUMBIA,** | ) ) ) | |
| Defendant. | ) ) | |

# ORDER

For the reasons stated in the Memorandum Opinion filed concurrently herewith, it is hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment [Dkt. #8] is **DENIED** in all respects; and it is

**FURTHER ORDERED** that Defendants' Motion for Summary Judgment [Dkt. #10] is **DENIED** as to the claims of Plaintiffs D.B. (Compl. Ex. 2), R.B. (Ex. 3), R.C. (Ex. 11), D.G. (Ex. 21), R.O. (Ex. 32), C.R. (Ex. 36), E.S. (Ex. 41), T.T. (Ex. 42), and J.W. (Ex. 52); and it is

**FURTHER ORDERED** that Defendants' Motion for Summary Judgment [Dkt. #10] is **GRANTED** as to the claims of all other Plaintiffs, against whom judgment is entered in favor of Defendants; and it is

**FURTHER ORDERED** that, no later than **March 21, 2007**, the remaining Plaintiffs shall submit evidence adequate to meet their burden to establish the reasonableness of the rates billed to Plaintiffs who were represented by Messrs. Hull and Lammers. Plaintiffs are cautioned that if they

fail to meet this deadline, the Court will consider the issue conceded and will grant summary judgment to Defendants on the remaining fee claims.

**SO ORDERED**.

Date: March 7, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge