# Exhibit 1

# EXHIBIT 1

| Complaint Exhibit | Student | Fees Requested | Costs Requested | Total Requested | Attach 1 Deductions | Total Remaining | Ms Busso's Deductions in full. | Deductions from $350 to $170 for Mr. Hull. | Deductions from $350 to $135 for Mr. Lammers. | New Total Remaining |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | D.B. | 7,034.65 | 222.92 | 7,257.57 | 0 | 7,257.57 | 3,027.50 | 0 | 1,821.05 | 2,409.02 |
| 3 | R.B. | 8778 | 281.79 | 9,059.79 | 787.5 | 8,272.29 | 2,068.50 | 0 | 2,036.70 | 4,167.09 |
| 11 | R.C. | 6,376.65 | 562.39 | 6,939.04 | 1,342.25 | 5,596.79 | 0 | 0 | 537.5 | 5,059.29 |
| 21 | D.G. | 6,841.80 | 314.78 | 7,156.58 | 820.75 | 6,335.83 | 0 | 2,624.40 | 0 | 3,711.43 |
| 32 | R.O. | 4,961.95 | 175.68 | 5,137.63 | 1,225 | 3,912.63 | 87.5 | 1,737.20 | 0 | 2,087.93 |
| 36 | C.R. | 7,156.10 | 449.74 | 7,605.84 | 740.25 | 6,865.59 | 525 | 0 | 3,108.90 | 3,231.69 |
| 41 | E.S. | 16,462.25 | 318.27 | 16,780.52 | 9,482.90 | 7,297.62 | 1,704.50 | 0 | 4,481.80 | 1,111.32 |
| 42 | T.T. | 16,589.65 | 551.27 | 17,140.92 | 3,615.50 | 13,525.42 | 1,372 | 0.00 | 5,940.50 | 6,212.92 |
| 52 | J.W. | 6,956.60 | 138.22 | 7,094.82 | 700 | 6,394.82 | 1,459.50 | 360 | 2,341.35 | 2,233.97 |

*From March 7, 2007, Memorandum Opinion herein, p.21.