**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BRIDGET AGAPITO,** ) | |
| **Parent and Next Friend of** ) | |
| **H.A, a minor, et. al** ) | **Case No. 050-1935 (RMC)** |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **THE DISTRICT OF COLUMBIA,** ) | |
| ) | |
| **Defendants** ) | |
| ) | |

**PRAECIPE**

To the Clerk of the Court:

Please withdraw the appearance of Tilman L. Gerald in this matter and enter

notice of appearance for Roxanne D. Neloms.

Respectfully submitted,


/s/ _____
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, D.C.  20005
(202) 742-2000
(202) 742-2098 (fax)
*Attorney for Plaintiffs*