UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **HASHIMA AGAPITO**, *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **DISTRICT OF COLUMBIA**, *et al.*, ) <br> ) <br> **Defendants.** ) <br> ) | Civil Action No. 05-1935 (RMC) |

**ORDER**

This matter comes before the Court on Plaintiffs' Memorandum to Support Plaintiffs' Claims for an Award of Reasonable Attorney Fees and Costs and Defendants' Response to this Court's Memorandum Opinion and Order to Show Cause. For the reasons stated in the Memorandum Opinion filed simultaneously with the Order, it is hereby

**ORDERED** that judgment is granted to the remaining Plaintiffs in the amount of the fees set forth in the table, subject to the statutory fee cap, of the Memorandum Opinion filed with this Order. This is a final appealable order. *See* Fed. R. App. P. 4(a). This case is closed.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: November 30, 2007