IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIDGET AGAPITO, <br> Parent and Next Friend of <br> H.A, a minor, et. al <br>             Plaintiffs, <br> <br> v. <br> <br> THE DISTRICT OF COLUMBIA, <br> <br>             Defendants | Case No. 050-1935 (RMC) |

## NOTICE OF APPEAL

Notice is hereby given this 20th day of April, 2007 that Bridget Agapito, Parent and next friend of H.A.., a minor, *et al* hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the final judgment issued pursuant to United States Court Judge Rosemary Collyer's Opinion and Order entered in the captioned cause on the 30th day of November, 2007 in favor of the District of Columbia against said Plaintiffs.

Respectfully Submitted,

/s/

Roxanne D. Neloms [478157]
James E. Brown &Associates, PLLC
1220 L Street, N.W., Suite 700
Washington, D.C. 20005
(202)742-2000
*Attorney for Plaintiffs*

**RECEIVED**

JAN 3 — 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appeal was served upon:

Amy Caspari
Office of the Attorney General for the District of Columbia
441 4th Street NW 6th Floor South
Washington, DC 20001
Counsel for the Defendant

By first class mail, postage prepaid this 3rd day of January 2008.

_____
Roxanne D. Neloms

RECEIVED
2008 JAN -3 PM 4: 13
US DISTRICT & BANKRUPTCY
CLERK