IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRDGET AGAPITO,  )<br>Parent and Next Friend of  )<br>H.A, a minor, et. al  )<br>　　　　Plaintiffs,  )<br>　　　　　　　　　　)<br>v.  )<br>　　　　　　　　　　)<br>THE DISTRICT OF COLUMBIA,  )<br>　　　　　　　　　　)<br>　　　　Defendants  )  | Case No. 05-1935 (RMC) |

## AMENDED NOTICE OF APPEAL

Notice is hereby given this January 3rd, 2008, that Bridget Agapito, Parent and next friend of H.A.., a minor, *et al* hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the final judgment issued pursuant to United States Court Judge Rosemary Collyer's Opinion and Order entered in the captioned cause on the 30th day of November, 2007 in favor of the District of Columbia against said Plaintiffs.

Respectfully Submitted,

　　　　/s/
Roxanne D. Neloms [478157]
James E. Brown &Associates, PLLC
1220 L Street, N.W., Suite 700
Washington, D.C. 20005
(202)742-2000
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appeal was served upon:

    Amy Caspari
    Office of the Attorney General for the District of Columbia
    441 4th Street NW 6th Floor South
    Washington, DC 20001
    Counsel for the Defendant

By first class mail, postage prepaid this 3rd day of January 2008.

_____
Roxanne D. Neloms