# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-7004**

**September Term 2007**

**05cv01935**

**Filed On: April 18, 2008** [1111824]

Hashima Agapito, A minor by parent and
next friend Bridget Agapito, et al.,

      Appellants

      v.

District of Columbia and Clifford B. Janey,
(Officially) Superintendent, D.C. Public
Schools,

      Appellees

## O R D E R

Upon consideration of appellants' consent motion for voluntary dismissal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

      **FOR THE COURT:**
      Mark J. Langer, Clerk

BY:    /s/
       Mark A. Butler
       Deputy Clerk

A True Copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk